# EXHIBIT D

## Schedule of Member Defendants

*FlavaWorks Entertainment, Inc. v. Deniau et al.*
*Cited at Complaint ¶¶ 21, 73*

## Contents

| Part 1 | **Schedule of Member Defendants** |
|---|---|
| | 325 Member Defendants designated as Doe Defendants Nos. 9 through 333, inclusive. |
| | Each defendant identified by Gay-Torrents.org user ID and registered username, sorted alphabetically by username (case-insensitive). |
| | Defendants represent the subset of identified Gay-Torrents.org members whose conduct supports inclusion as Doe Defendants in this action; selection basis includes VIP-membership purchase, forum participation, upload/download/seed activity, or a combination thereof. |
| | Underlying evidence preserved for each defendant in Plaintiff's records, including registered email address and at least one captured login IP address, available for production in discovery. |
| | Plaintiff reserves the right to amend this Schedule to add, remove, or substitute defendants as additional evidence is obtained through investigation and discovery. |

# EXHIBIT D

**Schedule of Member Defendants**

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

Cited at Complaint ¶¶ 21, 73

*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 9 | 82741 | 1409mcintyre | Doe No. 37 | 47501 | bebop210 |
| Doe No. 10 | 146448 | 2econdspark | Doe No. 38 | 3769 | bhdarkhb |
| Doe No. 11 | 18335 | absofind001 | Doe No. 39 | 91701 | billtop |
| Doe No. 12 | 814399 | adaudet | Doe No. 40 | 127138 | blackshrew |
| Doe No. 13 | 164937 | agw1988 | Doe No. 41 | 98738 | blaizes19 |
| Doe No. 14 | 76621 | agwydyon | Doe No. 42 | 50368 | bleergh7 |
| Doe No. 15 | 127176 | ailike | Doe No. 43 | 31853 | blf652 |
| Doe No. 16 | 29212 | airesb | Doe No. 44 | 144751 | blob245 |
| Doe No. 17 | 155345 | Alire1 | Doe No. 45 | 15671 | bluemanma |
| Doe No. 18 | 109806 | alndb | Doe No. 46 | 40218 | blueugh |
| Doe No. 19 | 84374 | amby2704 | Doe No. 47 | 98240 | bodybobo |
| Doe No. 20 | 87413 | andriovich | Doe No. 48 | 11313 | bookpop |
| Doe No. 21 | 138280 | andy0823 | Doe No. 49 | 92146 | bosen888 |
| Doe No. 22 | 68901 | angelguy | Doe No. 50 | 132444 | boughbreaks |
| Doe No. 23 | 76005 | anon1489 | Doe No. 51 | 150771 | boylovers28 |
| Doe No. 24 | 21215 | Apollo | Doe No. 52 | 146691 | brossca |
| Doe No. 25 | 10291 | ariesxix | Doe No. 53 | 98032 | bryceboi29 |
| Doe No. 26 | 46175 | ArseImmolator | Doe No. 54 | 48409 | btbcc12859 |
| Doe No. 27 | 74506 | ashrum83 | Doe No. 55 | 120878 | Byr4an |
| Doe No. 28 | 34188 | AtomicZero | Doe No. 56 | 153721 | calibrad |
| Doe No. 29 | 108083 | aussiekev | Doe No. 57 | 3638 | cantw8 |
| Doe No. 30 | 47634 | aylwin42 | Doe No. 58 | 67757 | capricorn152245 |
| Doe No. 31 | 151909 | AznBubbleB | Doe No. 59 | 80111 | cazinova |
| Doe No. 32 | 81655 | Azurestar | Doe No. 60 | 149079 | centexhank |
| Doe No. 33 | 86951 | babyboy55 | Doe No. 61 | 86964 | ch91182 |
| Doe No. 34 | 147086 | BADWOLF4799 | Doe No. 62 | 21218 | chad619 |
| Doe No. 35 | 108435 | basal95 | Doe No. 63 | 150764 | checkman |
| Doe No. 36 | 19893 | beachboys10 | Doe No. 64 | 28176 | chickenking |

# EXHIBIT D
## Schedule of Member Defendants
*FlavaWorks Entertainment, Inc. v. Deniau et al.*
Cited at Complaint ¶¶ 21, 73
*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 65 | 143386 | CHRIS55 | Doe No. 93 | 69603 | drewski |
| Doe No. 66 | 142518 | Chrisbe | Doe No. 94 | 118792 | DTCG82 |
| Doe No. 67 | 45683 | chrondiz | Doe No. 95 | 39709 | duncan_n_indy |
| Doe No. 68 | 145817 | cjacobs0 | Doe No. 96 | 29731 | dustycody |
| Doe No. 69 | 161511 | Cock | Doe No. 97 | 144812 | efdelaune |
| Doe No. 70 | 6086 | Complex1 | Doe No. 98 | 104088 | ElectroUK |
| Doe No. 71 | 29730 | confoozledboi | Doe No. 99 | 98441 | elysiumspirit86 |
| Doe No. 72 | 83604 | copaul | Doe No. 100 | 152987 | emerald_spyro |
| Doe No. 73 | 155586 | cthing14 | Doe No. 101 | 53845 | empochacco |
| Doe No. 74 | 50787 | CzarSmith | Doe No. 102 | 150742 | esper2121 |
| Doe No. 75 | 84115 | daddydave | Doe No. 103 | 51389 | fcab75 |
| Doe No. 76 | 62517 | dalanca | Doe No. 104 | 6777 | feathersanddown |
| Doe No. 77 | 102864 | DanH116 | Doe No. 105 | 114211 | ferretsnot |
| Doe No. 78 | 14228 | Danmxm | Doe No. 106 | 97661 | fierce57 |
| Doe No. 79 | 51534 | dballa | Doe No. 107 | 97767 | fishsauce |
| Doe No. 80 | 61466 | Diggysays | Doe No. 108 | 58673 | frakmedaddy |
| Doe No. 81 | 52364 | dingdong23 | Doe No. 109 | 155890 | frank-o |
| Doe No. 82 | 9777 | djs0524 | Doe No. 110 | 151947 | frank180 |
| Doe No. 83 | 66073 | dodoboy | Doe No. 111 | 64399 | fuzzybear1970 |
| Doe No. 84 | 141815 | dogtag | Doe No. 112 | 116259 | gaylord12345 |
| Doe No. 85 | 94303 | domini6911 | Doe No. 113 | 148574 | gaymenloverrr |
| Doe No. 86 | 84395 | domino | Doe No. 114 | 141668 | gaypornreviewer |
| Doe No. 87 | 157357 | dr3agel | Doe No. 115 | 108584 | gayunicorn |
| Doe No. 88 | 49407 | draenuf | Doe No. 116 | 41585 | gdiazgar |
| Doe No. 89 | 163423 | Dragomar | Doe No. 117 | 70928 | geil |
| Doe No. 90 | 143741 | dragon_throned80 | Doe No. 118 | 62235 | glenn524 |
| Doe No. 91 | 145076 | dreamking577 | Doe No. 119 | 165075 | godu |
| Doe No. 92 | 20183 | dreamneophyte | Doe No. 120 | 100921 | goldensky69 |

# EXHIBIT D
## Schedule of Member Defendants
*FlavaWorks Entertainment, Inc. v. Deniau et al.*
Cited at Complaint ¶¶ 21, 73
*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 121 | 11701 | GOTTAGO | Doe No. 149 | 149035 | johnjr089 |
| Doe No. 122 | 50927 | greg2356 | Doe No. 150 | 954 | jonedwar |
| Doe No. 123 | 142082 | gtobto123 | Doe No. 151 | 157351 | jotafepre |
| Doe No. 124 | 155246 | Guamorim | Doe No. 152 | 136118 | jtsongas |
| Doe No. 125 | 12904 | guevazo | Doe No. 153 | 150890 | julianvictor |
| Doe No. 126 | 70769 | gummybeartriplets | Doe No. 154 | 165287 | K3yb04rd |
| Doe No. 127 | 129652 | Halycion38 | Doe No. 155 | 29118 | kaldim |
| Doe No. 128 | 10900 | harlot48030 | Doe No. 156 | 87592 | Kalidouk |
| Doe No. 129 | 99482 | hitman69 | Doe No. 157 | 5478 | kanalu7 |
| Doe No. 130 | 79518 | hollyoaksboi | Doe No. 158 | 40076 | kepalle |
| Doe No. 131 | 85676 | hungjockboy | Doe No. 159 | 76181 | kevdman |
| Doe No. 132 | 88144 | hunnybear | Doe No. 160 | 97597 | keywester |
| Doe No. 133 | 58590 | iaan | Doe No. 161 | 13286 | kfturner |
| Doe No. 134 | 105056 | ikerny | Doe No. 162 | 156097 | kirill_dementiev |
| Doe No. 135 | 109561 | ikertxo | Doe No. 163 | 114034 | kuyaj |
| Doe No. 136 | 17648 | IndyKnight | Doe No. 164 | 157786 | Kylo_Ren |
| Doe No. 137 | 125616 | jacruz | Doe No. 165 | 154353 | laospubao |
| Doe No. 138 | 73989 | jakexxx | Doe No. 166 | 146785 | latinfever |
| Doe No. 139 | 126099 | JameSteph | Doe No. 167 | 105326 | lazypuppet |
| Doe No. 140 | 150020 | jastx | Doe No. 168 | 155045 | lezah_27 |
| Doe No. 141 | 156048 | jayteele | Doe No. 169 | 88279 | lilavenger |
| Doe No. 142 | 87569 | JCHSGrad03 | Doe No. 170 | 30863 | littlejj |
| Doe No. 143 | 70867 | jealco | Doe No. 171 | 93004 | lolredranger |
| Doe No. 144 | 98431 | jewelius | Doe No. 172 | 26020 | loulou91 |
| Doe No. 145 | 157731 | jktz | Doe No. 173 | 165503 | luc11325 |
| Doe No. 146 | 155500 | jmarcf | Doe No. 174 | 26803 | maikhil |
| Doe No. 147 | 86253 | joelrosset | Doe No. 175 | 129422 | Malicious6 |
| Doe No. 148 | 159236 | Johndoe | Doe No. 176 | 6518 | markystarky |

# EXHIBIT D
## Schedule of Member Defendants
*FlavaWorks Entertainment, Inc. v. Deniau et al.*
Cited at Complaint ¶¶ 21, 73
*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---------|-------------|----------|---------|-------------|----------|
| Doe No. 177 | 155291 | mattwu | Doe No. 205 | 113251 | nwkevbear |
| Doe No. 178 | 109332 | mbt | Doe No. 206 | 83955 | nyc555hk |
| Doe No. 179 | 155766 | mengder | Doe No. 207 | 86610 | nyrunner10 |
| Doe No. 180 | 104254 | mental404error | Doe No. 208 | 47642 | olivaa2 |
| Doe No. 181 | 67162 | merboy69 | Doe No. 209 | 155432 | owca1000 |
| Doe No. 182 | 32189 | mfnmelb | Doe No. 210 | 48342 | palmbay1 |
| Doe No. 183 | 141546 | mihelorum | Doe No. 211 | 17923 | papamike8436 |
| Doe No. 184 | 155139 | mike2032 | Doe No. 212 | 109754 | Paquinho |
| Doe No. 185 | 89209 | mike23b | Doe No. 213 | 160251 | passivinho |
| Doe No. 186 | 151314 | Minto38 | Doe No. 214 | 151039 | pb43 |
| Doe No. 187 | 151201 | mmh449 | Doe No. 215 | 77713 | PecsLova69 |
| Doe No. 188 | 149194 | mr.robot | Doe No. 216 | 82719 | peterkins |
| Doe No. 189 | 82485 | mtimberg | Doe No. 217 | 126975 | peterqbn01 |
| Doe No. 190 | 65151 | MykeyK | Doe No. 218 | 93233 | phahrtknoquer |
| Doe No. 191 | 155576 | MZD83 | Doe No. 219 | 144845 | PhxN8vJeff |
| Doe No. 192 | 3791 | n3ljh | Doe No. 220 | 37455 | piercedtools |
| Doe No. 193 | 158423 | naedom | Doe No. 221 | 31347 | pnorbert2222 |
| Doe No. 194 | 109672 | nathey2012 | Doe No. 222 | 131147 | prachan777 |
| Doe No. 195 | 57643 | ndnado | Doe No. 223 | 103204 | prd2bme |
| Doe No. 196 | 155368 | newkid.fox | Doe No. 224 | 116057 | PrinceAlbert |
| Doe No. 197 | 107331 | newtown | Doe No. 225 | 39885 | Private |
| Doe No. 198 | 155137 | nlu4sex | Doe No. 226 | 103702 | pulse8 |
| Doe No. 199 | 5504 | nobsthx | Doe No. 227 | 10607 | pumpirony |
| Doe No. 200 | 76854 | nothingtoserious | Doe No. 228 | 35789 | quadee |
| Doe No. 201 | 17793 | notyourtoy | Doe No. 229 | 111401 | qwed78 |
| Doe No. 202 | 62271 | nptblu16 | Doe No. 230 | 118122 | QWER |
| Doe No. 203 | 80093 | nt54 | Doe No. 231 | 32967 | ragnarok1540 |
| Doe No. 204 | 144777 | nw1rawlon | Doe No. 232 | 155694 | Rammmstein |

# EXHIBIT D
## Schedule of Member Defendants
*FlavaWorks Entertainment, Inc. v. Deniau et al.*
Cited at Complaint ¶¶ 21, 73
*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 233 | 96277 | ranger82 | Doe No. 261 | 156661 | shawn |
| Doe No. 234 | 91939 | Rascos | Doe No. 262 | 71702 | shawn6065 |
| Doe No. 235 | 75925 | ratchetchan | Doe No. 263 | 29691 | shehsowner |
| Doe No. 236 | 106360 | ray1988 | Doe No. 264 | 80441 | simpleporn |
| Doe No. 237 | 32019 | rchevere | Doe No. 265 | 28243 | simuxrex |
| Doe No. 238 | 146884 | rednot | Doe No. 266 | 72594 | skeggs |
| Doe No. 239 | 161320 | redrightwy | Doe No. 267 | 155375 | skinnose |
| Doe No. 240 | 144912 | richestken | Doe No. 268 | 94097 | Slade724 |
| Doe No. 241 | 89481 | rjack85 | Doe No. 269 | 79233 | slik9 |
| Doe No. 242 | 84089 | rjrjr17 | Doe No. 270 | 119166 | slimboys |
| Doe No. 243 | 60710 | ronindoc | Doe No. 271 | 166687 | slowdowntown |
| Doe No. 244 | 145094 | runyet | Doe No. 272 | 142924 | Smucks |
| Doe No. 245 | 90428 | rusty064 | Doe No. 273 | 113071 | sohrab55 |
| Doe No. 246 | 71544 | ryanbastin | Doe No. 274 | 27552 | SomaVersTop |
| Doe No. 247 | 83916 | rygfury1 | Doe No. 275 | 34241 | sonofxavier |
| Doe No. 248 | 76669 | sammy77 | Doe No. 276 | 101562 | spanky100 |
| Doe No. 249 | 38475 | SashaCTLC | Doe No. 277 | 157628 | spfbrother |
| Doe No. 250 | 151885 | satinboxers311 | Doe No. 278 | 21083 | spike2 |
| Doe No. 251 | 133517 | sbmn | Doe No. 279 | 139231 | Spikeycme |
| Doe No. 252 | 91957 | scottybhoy | Doe No. 280 | 148946 | spreadneck |
| Doe No. 253 | 58666 | sdosf | Doe No. 281 | 155069 | SRPH24 |
| Doe No. 254 | 67205 | sdspeedbump | Doe No. 282 | 68982 | StallionGuy |
| Doe No. 255 | 158026 | sdthayer | Doe No. 283 | 155020 | Steve85 |
| Doe No. 256 | 36248 | sebb | Doe No. 284 | 144733 | stevebearsa |
| Doe No. 257 | 125759 | Segurida | Doe No. 285 | 66192 | stewarth2044 |
| Doe No. 258 | 48292 | sgatlantis34 | Doe No. 286 | 1581 | supatrash75 |
| Doe No. 259 | 20764 | shameronstar | Doe No. 287 | 156750 | tanc7789 |
| Doe No. 260 | 82773 | shaney2000 | Doe No. 288 | 83622 | teague182 |

# EXHIBIT D
## Schedule of Member Defendants
*FlavaWorks Entertainment, Inc. v. Deniau et al.*
Cited at Complaint ¶¶ 21, 73
*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 289 | 121558 | Telomamo | Doe No. 312 | 155556 | vickybikini |
| Doe No. 290 | 36505 | temple | Doe No. 313 | 161539 | Virtualmiddle24 |
| Doe No. 291 | 78077 | tennisplaya | Doe No. 314 | 27719 | virtualphoenix |
| Doe No. 292 | 80298 | thepip3r | Doe No. 315 | 83784 | walkmant2 |
| Doe No. 293 | 84964 | thetai10 | Doe No. 316 | 161801 | wan |
| Doe No. 294 | 159000 | thetarotman | Doe No. 317 | 44794 | wdj07 |
| Doe No. 295 | 144525 | thierrytrcg | Doe No. 318 | 130167 | welby70 |
| Doe No. 296 | 156064 | Thorkild | Doe No. 319 | 149890 | wersdieserChris |
| Doe No. 297 | 158070 | threebears | Doe No. 320 | 140011 | wewillhavetosee |
| Doe No. 298 | 132740 | tightass2020 | Doe No. 321 | 31488 | whereangelsdare |
| Doe No. 299 | 47702 | tnar | Doe No. 322 | 137872 | woonyboi02895 |
| Doe No. 300 | 75668 | todd4hire | Doe No. 323 | 65711 | wsjyoung |
| Doe No. 301 | 71024 | tomtombzh | Doe No. 324 | 147975 | Wujek |
| Doe No. 302 | 21138 | tonyruk36 | Doe No. 325 | 9829 | Xaander |
| Doe No. 303 | 70989 | torrid_uk | Doe No. 326 | 151223 | y167 |
| Doe No. 304 | 64618 | trademan | Doe No. 327 | 157716 | yellowduckie13 |
| Doe No. 305 | 39002 | trent0n | Doe No. 328 | 91944 | yerner |
| Doe No. 306 | 71469 | trick_of_light | Doe No. 329 | 69587 | yikes2boy |
| Doe No. 307 | 155289 | tropico1234 | Doe No. 330 | 139084 | zakrozat |
| Doe No. 308 | 99700 | upisdownnn | Doe No. 331 | 36628 | zbronson |
| Doe No. 309 | 156894 | UptownFunGuys | Doe No. 332 | 149721 | zoji |
| Doe No. 310 | 22256 | UVADude21 | Doe No. 333 | 20821 | zulu_56 |
| Doe No. 311 | 70896 | VanSquall90 | | | |