# EXHIBIT E

## Representative DMCA Takedown Notices

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶ 51*

## Contents

| Part 1 | **DMCA Notice of Copyright Infringement — February 22, 2024**<br>Sent by: Phillip Bleicher, CEO, FlavaWorks Entertainment Inc.<br>Sent to: Gay-Torrents.org (info@gay-torrents.org) **and** Vivacom (Bulgarian host ISP) at abuse-ip@vivacom.bg, abuse@vivacom.bg, pr@vivacom.bg<br>Under penalty of perjury; invokes 17 U.S.C. § 512 and § 512(i) repeat-infringer policy requirement<br>Approximately 55 infringing URLs identified (gay-torrents.org/details.php?id=…)<br>Original works located at: FlavaFlix.com, PapiCock.com, Thugboy.com<br>Includes CEO's original ink signature<br>4 pages |
|---|---|
| Part 2 | **DMCA Notice of Copyright Infringement — October 7, 2025**<br>Sent by: Phillip Bleicher, CEO, FlavaWorks Entertainment, Inc.<br>Sent to: Gay-Torrents.org (info@gay-torrents.org) via email<br>Under penalty of perjury; invokes 17 U.S.C. § 512 and § 512(i) repeat-infringer policy requirement<br>Approximately 90 infringing URLs identified<br>Original works located at: FlavaMen.com, FlavaWorks.com, CocoStore.com, PapiCock.com, RawRods.com, CocoDorm.com, ThugBoy.com, CocoBoyz.com, MixItUpBoy.com<br>Includes CEO's original ink signature<br>5 pages |

2705 W Fulton St, Suite #3N, Chicago IL 60612-2003  ✿ www.FlavaWorks.com  ✿ 305-438-9450  ✿ FAX: 305-438-9470  ✿ Webmaster@FlavaWorks.com

February 22, 2024

Owner
Gay-torrents.org
info@gay-torrents.org

Vivacom Head Office
Sofia; Postal Code 1784; 115I Tsarigradsko Shosse Blvd
vivacom.bg
abuse-ip@vivacom.bg
abuse@vivacom.bg
pr@Vivacom.bg

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of FlavaWorks Entertainment Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  FlavaWorks Entertainment Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of FlavaWorks Entertainment Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third



2705 W Fulton St, Suite #3N, Chicago IL 60612-2003 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Webmaster@FlavaWorks.com

party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of FlavaWorks Entertainment Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link: https://gay-torrents.org/details.php?id=06dcbdf1b246f413853aed85d77e254559bdf058
https://gay-torrents.org/details.php?id=0cf0875d443e5414a94d9270322aa09cb0861a26
https://gay-torrents.org/details.php?id=1192a0b3a86e2c2c2ca4b626c6724773bea22433
https://gay-torrents.org/details.php?id=1746d7f5aa6edb38e3d8fc457315c962487dd506
https://gay-torrents.org/details.php?id=1ac40d1ad39e2c671e73564cb80e3f64fcf86d28
https://gay-torrents.org/details.php?id=2883ed0e6a8737b0da3b8381e4b52dd331d5f524
https://gay-torrents.org/details.php?id=301139cb299043af1630a8521b900350a36532c9
https://gay-torrents.org/details.php?id=37701aeee25b8dc1aee6fd2ed69c65264084a92f
https://gay-torrents.org/details.php?id=412b34462a96c75ddbb8412a7324822587e59b48


2705 W Fulton St, Suite #3N, Chicago IL 60612-2003 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Webmaster@FlavaWorks.com

https://gay-torrents.org/details.php?id=468d008fea99df7fc4bf2075fec442e836f0c538
https://gay-torrents.org/details.php?id=474142142390717417c40fe54e244977c1ca231e
https://gay-torrents.org/details.php?id=4b25f0e933d90bc524dbed19ecb446254426c561
https://gay-torrents.org/details.php?id=5378a1cd60ff221a0600232505fbd3867be6dbbb
https://gay-torrents.org/details.php?id=56873cc10d41149d1d14a7936826168c645ef03b
https://gay-torrents.org/details.php?id=61e11c3aa85ef93c942d34cac23fbcf657b204bb
https://gay-torrents.org/details.php?id=6428ccbb703cd01f452190d4401772a25472a946
https://gay-torrents.org/details.php?id=69f7eec2f72273e986171e4c525f0862f2e018c9
https://gay-torrents.org/details.php?id=6b28faa633a1afd61f006fdfa5b4501b4c38522a
https://gay-torrents.org/details.php?id=6b9d35f337c2b006a6a637de733994a8bd193735
https://gay-torrents.org/details.php?id=7197a120b190cf09a0312f845cf5073d6060afeb
https://gay-torrents.org/details.php?id=749a9d18653261c077097d07ca4030ae2c9fb397
https://gay-torrents.org/details.php?id=77f7c897fa2279887a97a59d401a5c782acf2c75
https://gay-torrents.org/details.php?id=7bec24445abfa9679cdbcc15a8666c20dd6230fd
https://gay-torrents.org/details.php?id=8243d19446ef98511abf1a1e47ff9f747ab79000
https://gay-torrents.org/details.php?id=84548767acf9348e3ab0a471aefb9fd5714279d1
https://gay-torrents.org/details.php?id=87904c5073b55b22a1cfd1562a9846f920bddcd6
https://gay-torrents.org/details.php?id=8959da71a2ad19cb82ba1fd28415295356416ce7
https://gay-torrents.org/details.php?id=8acd1992baae7ad72fc3348e2f73a5f5670105c7
https://gay-torrents.org/details.php?id=8da5ffd1abc938914d052a921a9a99d83d794989
https://gay-torrents.org/details.php?id=8f6eb7837ed2786b900111a6978b1340c78ce24c
https://gay-torrents.org/details.php?id=9694a667614068b7d924795b69be09790941042c
https://gay-torrents.org/details.php?id=9d4c17079f3ef02ed988926eff0ab31e00f41e73
https://gay-torrents.org/details.php?id=9d7033dfa2fb877e6cbf36c35878455d0119b2d9
https://gay-torrents.org/details.php?id=a2ab0f06a4b8d029997d7cae287472615be1f1dd
https://gay-torrents.org/details.php?id=a820c90aaa48b15753cb5127587d85f04684fc4a
https://gay-torrents.org/details.php?id=b22700c5e6bb41636602a8e99ad6237b4055c912
https://gay-torrents.org/details.php?id=b732650f8b08c56058365d673987808c24171f98
https://gay-torrents.org/details.php?id=bac681a9c15a1b831b3b6b1cca860c3610a68650
https://gay-torrents.org/details.php?id=bb44d1ff540c49345c56f44a5d5545b233038d42
https://gay-torrents.org/details.php?id=bb9414366cc18229bdd656168a25b009cfe6ddfe
https://gay-torrents.org/details.php?id=c08d4a1cc7ec849b1b09d34d5f429587cdd54e54
https://gay-torrents.org/details.php?id=c34491e018328f66a3d74f63586ea9ac29b7828c
https://gay-torrents.org/details.php?id=c5c2073baa3bceb21cbf29311f642d05d7b50ad7
https://gay-torrents.org/details.php?id=c99866e9513743613e65dd0a33f536b80866b452
https://gay-torrents.org/details.php?id=cfb1d0ac0608624ea4b1c3b620a825af23cd5718
https://gay-torrents.org/details.php?id=d30b32d56a928304aaa8c876da92098246eeab47
https://gay-torrents.org/details.php?id=dd628716f886ba81fe8007b0c2c7145bd0c7063f
https://gay-torrents.org/details.php?id=de57e135e10b5d7e794353e9a72546d4d54ee994
https://gay-torrents.org/details.php?id=e230fe4fb5f69a20d5d07bac5c000a05447e952c
https://gay-torrents.org/details.php?id=ea454edaf21a43504e0024be8ec0070d684d7483
https://gay-torrents.org/details.php?id=eabcf39818de1f845459f8f937f7b8abde069bd5
https://gay-torrents.org/details.php?id=ef73c3319bf7fb11b53ca17b6732c267d6640f36
https://gay-torrents.org/details.php?id=f2cdbf1e08035a3c124b01376926d7bd62eacda5
https://gay-torrents.org/details.php?id=f7fd6a651433ad5f2f00701da5556fd3b81d5624
https://gay-torrents.org/details.php?id=fc1496a7669751918854dc94b100b521e4d6a712
https://gay-torrents.org/details.php?id=fd4b8d13804244857f4a57d92cc133d525cde661



2705 W Fulton St, Suite #3N, Chicago IL 60612-2003 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Webmaster@FlavaWorks.com

Location of ORIGINAL WORKS:

https://www.FlavaFlix.com

https://www.PapiCock.com

https://www.Thugboy.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

.

![FlavaWorks Entertainment Logo]

2705 W Fulton St, Suite #3N, Chicago IL 60612-2003 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Webmaster@FlavaWorks.com

October 7, 2025

Gay-Torrents.org
**Via Email: info@gay-torrents.org**

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

To Whom It May Concern:

I, Phillip Bleicher, owner of FlavaWorks Entertainment, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. FlavaWorks Entertainment, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of FlavaWorks Entertainment's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of FlavaWorks Entertainment, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to FlavaWorks Entertainment.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act



on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of FlavaWorks Entertainment, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

https://gay-torrents.org/details.php?id=1192a0b3a86e2c2c2ca4b626c6724773bea22433
https://gay-torrents.org/details.php?id=d4d8525a07a8279227f87c445f781e40d007296c
https://gay-torrents.org/details.php?id=bb9414366cc18229bdd656168a25b009cfe6ddfe
https://gay-torrents.org/details.php?id=c08d4a1cc7ec849b1b09d34d5f429587cdd54e54
https://gay-torrents.org/details.php?id=7197a120b190cf09a0312f845cf5073d6060afeb
https://gay-torrents.org/details.php?id=56873cc10d41149d1d14a7936826168c645ef03b
https://gay-torrents.org/details.php?id=fc1496a7669751918854dc94b100b521e4d6a712
https://gay-torrents.org/details.php?id=b22700c5e6bb41636602a8e99ad6237b4055c912
https://gay-torrents.org/details.php?id=eabcf39818de1f845459f8f937f7b8abde069bd5
https://gay-torrents.org/details.php?id=301139cb299043af1630a8521b900350a36532c9
https://gay-torrents.org/details.php?id=84548767acf9348e3ab0a471aefb9fd5714279d1
https://gay-torrents.org/details.php?id=37701aeee25b8dc1aee6fd2ed69c65264084a92f
https://gay-torrents.org/details.php?id=ea454edaf21a43504e0024be8ec0070d684d7483
https://gay-torrents.org/details.php?id=8acd1992baae7ad72fc3348e2f73a5f5670105c7
https://gay-torrents.org/details.php?id=1ac40d1ad39e2c671e73564cb80e3f64fcf86d28
https://gay-torrents.org/details.php?id=bac681a9c15a1b831b3b6b1cca860c3610a68650
https://gay-torrents.org/details.php?id=3a406c566b66f20cfa78200e02de96e04b05a168



2705 W Fulton St, Suite #3N, Chicago IL 60612-2003 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Webmaster@FlavaWorks.com

https://gay-torrents.org/details.php?id=0cf0875d443e5414a94d9270322aa09cb0861a26
https://gay-torrents.org/details.php?id=de57e135e10b5d7e794353e9a72546d4d54ee994
https://gay-torrents.org/details.php?id=61e11c3aa85ef93c942d34cac23fbcf657b204bb
https://gay-torrents.org/details.php?id=a820c90aaa48b15753cb5127587d85f04684fc4a
https://gay-torrents.org/details.php?id=474142142390717417c40fe54e244977c1ca231e
https://gay-torrents.org/details.php?id=6428ccbb703cd01f452190d4401772a25472a946
https://gay-torrents.org/details.php?id=749a9d18653261c077097d07ca4030ae2c9fb397
https://gay-torrents.org/details.php?id=6b9d35f337c2b006a6a637de733994a8bd193735
https://gay-torrents.org/details.php?id=f2cdbf1e08035a3c124b01376926d7bd62eacda5
https://gay-torrents.org/details.php?id=8da5ffd1abc938914d052a921a9a99d83d794989
https://gay-torrents.org/details.php?id=7bec24445abfa9679cdbcc15a8666c20dd6230fd
https://gay-torrents.org/details.php?id=412b34462a96c75ddbb8412a7324822587e59b48
https://gay-torrents.org/details.php?id=e230fe4fb5f69a20d5d07bac5c000a05447e952c
https://gay-torrents.org/details.php?id=48aa09b35cb916ce34eecd981038acc4b4eebb80
https://gay-torrents.org/details.php?id=a4702a8fdfc8a056b9e1367ab923fb21dde3ce30
https://gay-torrents.org/details.php?id=151784d9e2ea477a55931afc8e92f5142f8e73bc
https://gay-torrents.org/details.php?id=d30b32d56a928304aaa8c876da92098246eeab47
https://gay-torrents.org/details.php?id=9d4c17079f3ef02ed988926eff0ab31e00f41e73
https://gay-torrents.org/details.php?id=06dcbdf1b246f413853aed85d77e254559bdf058
https://gay-torrents.org/details.php?id=f7fd6a651433ad5f2f00701da5556fd3b81d5624
https://gay-torrents.org/details.php?id=8959da71a2ad19cb82ba1fd28415295356416ce7
https://gay-torrents.org/details.php?id=cfb1d0ac0608624ea4b1c3b620a825af23cd5718
https://gay-torrents.org/details.php?id=77f7c897fa2279887a97a59d401a5c782acf2c75
https://gay-torrents.org/details.php?id=8f6eb7837ed2786b900111a6978b1340c78ce24c
https://gay-torrents.org/details.php?id=17d2c9eb8449ed35a998a961b928224957909c21
https://gay-torrents.org/details.php?id=354bd27d26edf13cb673e327638dfe5f2f56f082
https://gay-torrents.org/details.php?id=e71990e6d19921a4657c27acc8afe3d34ffa90c9
https://gay-torrents.org/details.php?id=0b46e2c0e2df8ed66bed1c685bbc3ed83ae40bd4
https://gay-torrents.org/details.php?id=9694a667614068b7d924795b69be09790941042c
https://gay-torrents.org/details.php?id=2883ed0e6a8737b0da3b8381e4b52dd331d5f524
https://gay-torrents.org/details.php?id=6b28faa633a1afd61f006fdfa5b4501b4c38522a
https://gay-torrents.org/details.php?id=87904c5073b55b22a1cfd1562a9846f920bddcd6
https://gay-torrents.org/details.php?id=69f7eec2f72273e986171e4c525f0862f2e018c9
https://gay-torrents.org/details.php?id=a2ab0f06a4b8d029997d7cae287472615be1f1dd
https://gay-torrents.org/details.php?id=c34491e018328f66a3d74f63586ea9ac29b7828c
https://gay-torrents.org/details.php?id=b732650f8b08c56058365d673987808c24171f98
https://gay-torrents.org/details.php?id=5378a1cd60ff221a0600232505fbd3867be6dbbb
https://gay-torrents.org/details.php?id=fd4b8d13804244857f4a57d92cc133d525cde661
https://gay-torrents.org/details.php?id=80a376a4ad20a7f1b5ac56be295f0ef16410eb7c
https://gay-torrents.org/details.php?id=2945f5160d774318e52f3bf5d583453ac497adf0
https://gay-torrents.org/details.php?id=a082d3ab11f6145600705612ae19e8d0a2b4bd5c
https://gay-torrents.org/details.php?id=b759081a19ab869eddad274f348621d76836c4a3
https://gay-torrents.org/details.php?id=0b46bbee59450973dd8ba45f2797699dbe9a354d
https://gay-torrents.org/details.php?id=3cf7df03a918150b833e070045d36bbb8cf69b26
https://gay-torrents.org/details.php?id=b0737e5b29072b1e16fd6851e25a9b5730071a18
https://gay-torrents.org/details.php?id=9d7033dfa2fb877e6cbf36c35878455d0119b2d9
https://gay-torrents.org/details.php?id=b330d8eb3e4cdc66f802a283bdf1922c563e5078
https://gay-torrents.org/details.php?id=8edfec8cc5d149670cdaccf282f8abd1d6840e97



2705 W Fulton St, Suite #3N, Chicago IL 60612-2003 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Webmaster@FlavaWorks.com

https://gay-torrents.org/details.php?id=0803ad40e06f728077e9c54611775b18c7482305
https://gay-torrents.org/details.php?id=5cd8e0ffde5a101e8152c9aa9cb2a3db6728192b
https://gay-torrents.org/details.php?id=612bb2d47044265aac2ad174b8bd353667a2bdba
https://gay-torrents.org/details.php?id=758fbd9e981fed571023ce9bd0cb156a895b8291
https://gay-torrents.org/details.php?id=b84e9d72cf44a06745c88927456d11240fe48fa8
https://gay-torrents.org/details.php?id=358d86d215f2cdb37162ac477b22a59631137c49
https://gay-torrents.org/details.php?id=b901c4df40943429600f45fd07d599b103afed6f
https://gay-torrents.org/details.php?id=398226e4974a0cf9ba1b761a86a521d90514aa06
https://gay-torrents.org/details.php?id=ca524c2d1ef3ec13fd2ca06166912c7ad6c04ddd
https://gay-torrents.org/details.php?id=b510377f44c935200a67de18c891252eaba5a189
https://gay-torrents.org/details.php?id=11842751aa5a5a8ee97edbfa84221dd5af567aac
https://gay-torrents.org/details.php?id=51ce384a77b05d3e8e9a9f7194315e3cf4175ecb
https://gay-torrents.org/details.php?id=5f8a870665c1471d02e9430bc80c91598ff3dd83
https://gay-torrents.org/details.php?id=dd2d469f5f1ecd6a2a8b7fac681ccf4ea7856e66
https://gay-torrents.org/details.php?id=076cfbfa8fc5c8c7950ce0f2b5015fb00cf3e598
https://gay-torrents.org/details.php?id=ef6306eb9a5fd3c8b4492baae07a23767c65898e
https://gay-torrents.org/details.php?id=113961865d630a3a6d5e8a77b59649b28e9e076b
https://gay-torrents.org/details.php?id=0910581994422eef94eb375e7531dffd11c184d3
https://gay-torrents.org/details.php?id=2e00eb7ad25d7f37fdc01a810c2900a52d3e7b78
https://gay-torrents.org/details.php?id=a69744e89343eb2a0b573bf95b310a455b3cfe24
https://gay-torrents.org/details.php?id=07fa066d1f866aacbade0ea59b1a93c811ee26b9

Location of ORIGINAL WORKS:

https://www.FlavaMen.com

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com