# EXHIBIT H

## Payment Flow Documentation — Channels 1 & 2

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶¶ 41, 43*

## Contents

| | |
|---|---|
| **Part 1** | **Channel 1 — Skrill / BYZONA LTD**<br>Flow exhibit diagramming the payment path<br>Skrill checkout page screenshot  (URL: pay.skrill.com/wallet/checkout/options/qco?sid=6097ef3a97becb9a96cb4c325cdafac7; "VPS Plan — Invoice #72531"; EUR 34.95)<br>Skrill payment confirmation email — 34.95 EUR to Byzona Ltd, Transaction ID 6940568549; April 1, 2026 at 8:39 AM<br>Chase Bank transaction alert — $40.42 to "Paysafe Paym*BYZONA"; April 1, 2026 at 8:38 AM ET |
| **Part 2** | **Channel 2 — PayPal / Evgenii Nazarov**<br>Flow exhibit diagramming the payment path<br>PayPal receipt email — €14.95 EUR / $18.01 USD to Evgenii Nazarov; Transaction ID 6AK63036LE341043R; Merchant Transaction ID 6P798692U1199025A; Invoice ID 72532; April 1, 2026 at 8:54 AM<br>Chase Bank transaction alert — $18.01 to "PAYPAL *CLOUD2MAX"; April 1, 2026 at 8:53 AM ET |



Channel 1: Skrill / BYZONA LTD
Payment flow documented April 1, 2026

**Paying user**
U.S.-based Site member

Step 1

**gay-torrents.org**
Selects VIP tier, clicks Pay

Step 2: HTTP redirect

**247host.eu**
Shell: "web hosting" front
cart/system_pass.php

Step 3: HTTP redirect

**pay.skrill.com**
Regulated U.S. processor
Skrill USA, NMLS 935195

Step 4: Checkout screen

**Skrill displays payee**
"To BYZONA LTD"
Amount shown on-screen

Step 5: Funds settle

**BYZONA LTD**
Bulgarian shell, EIK 201097680
Orlin Tsekov, Executive Manager

Result

**VIP status granted**
On Gay-Torrents.org account

-------------------------------------------------------------------------------

Key deception: user pays Gay-Torrents.org; card statement shows "BYZONA LTD."
No record on the bank statement identifies the Site, its operators, or the nature of the service.
Site discloses this in advance: "On Your bank account/credit card statement You WON'T see anything related to Gay/Adult/Torrents site."





M Gmail

**Payment Successful**
1 message

**Skrill** <no-reply@email.skrill.com>                                                                                Wed, Apr 1, 2026 at 8:39 AM
Reply-To: reply@email.skrill.com

◆▶ **Skrill**                                                                          View In Browser

👋 Hi Phillip,
you paid

# 34.95 EUR

to **Byzona Ltd**

The transaction will appear on your statement as: SKR*Skrill.com

▭ **Transaction details**

| | |
|---|---|
| Transaction ID | **6940568549** |
| Date | **08:38 AM, 04/01/2026 EDT** |
| Card Type | **VISA** |
| Card Number | |
| Details | **VPS Plan - Invoice #72531 VPS Plan - Invoice #72531** |

If you need help with this transaction please visit Skrill Help at Skrill Help Team.

Thank you for choosing Skrill!

My Account | Help | Privacy | Staying Safe Online

Skrill USA, Inc. (NMLS ID: 935195) is registered with FinCEN and duly licensed as a money transmitter in various U.S. states. Phone: 1-855-719-2087. Address: 5335 Gate Parkway Fourth Floor Jacksonville, Florida 32256, USA. © Copyright 2025 Skrill USA, Inc. All Rights Reserved. See Terms of Use governing the Skrill Digital Wallet Program.

**Fraud Warning:**

If you suspect any of the following:

- Compromised Skrill login email or password,
- Unauthorized transfer of funds using your Skrill account, or
- Other fraudulent activity on your Skrill account,

Please contact our Skrill Help Team immediately and find out more about fraud and scams here.

**Is this email from Skrill?**
Authentic Skrill emails will address you by your first and last name. If not, it may be a phishing attempt. Avoid sharing your password and only use the genuine Skrill website at www.skrill.com.

**Customer service:**
For information regarding refunds/cancellation of transactions, inquiries, or complaints, you can contact our Skrill Help Team online, call us, or by mail at address above.



**Phillip B <phil@flavaworks.com>**

**You made a $40.42 transaction with Paysafe Paym*BYZONA**
1 message

**Chase** <no.reply.alerts@chase.com>
To: PHIL@flavaworks.com

Wed, Apr 1, 2026 at 11:03 AM

## CHASE

Transaction alert

# You made a $40.42 transaction

| Account | |
|---|---|
| Date | **Apr 1, 2026 at 8:38 AM ET** |
| Merchant | **Paysafe Paym*BYZONA** |
| Amount | **$40.42** |

You are receiving this alert because your transaction was more than the $1.00 level you set. You can visit our **Resource Center** anytime to help answer your questions or manage your account.

**Review account**

Securely access your accounts with the **Chase Mobile® app** or **chase.com**.

**ABOUT THIS MESSAGE**

Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

This service email was sent based on your alert settings. Use the Chase Mobile app or visit **chase.com/alerts** to view or manage your settings.

Chase cannot guarantee the delivery of alerts and notifications. Wireless or internet service provider outages or other circumstances could delay them. You can always check chase.com or the Chase Mobile app for the status of your accounts including your latest account balances and transaction details.

To protect your personal information, please don't reply to this message. Chase won't ask for confidential information in an email.

If you have concerns about the authenticity of this message or have questions about your account visit **chase.com/CustomerService** for ways to contact us.

Your privacy is important to us. See our online **Security Center** to learn how to protect your information.

© 2026 JPMorgan Chase & Co.





service@paypal.com <service@paypal.com>                                                                                   Wed, Apr 1, 2026 at 8:54 AM

Hello, Phillip Bleicher

# You paid €14.95 EUR to Evgenii Nazarov

Create a PayPal account for fast, secure checkouts at millions of merchants.

**Activate PayPal Now**

Your purchase details

**Your Transaction ID:**          **Merchant Transaction ID:**
6AK63036LE341043R                 6P798692U1199025A

**Purchase Date:**
April 1, 2026

**Payment to:**                   **Payment from:**
Evgenii Nazarov                   Phillip Bleicher

**Invoice ID:**
72532

| | Subtotal | €14.95 EUR |
|---|---|---|
| | Total | €14.95 EUR |
| | **Total Amount you'll pay** | **$18.01 USD** |

You paid using:

This credit card transaction will appear on your statement as PAYPAL *CLOUD2MAX.

PayPal's conversion rate: 1 USD = 0.8301 EUR

Converted from: $18.01 USD

Converted to: €14.95 EUR

You have been offered a choice of currencies and agreed to pay in the currency identified above (Amount you'll pay). PayPal also provided you the option to have your card issuer perform the currency conversion. The PayPal conversion rate includes our currency conversion spread of 4.00%.

**Activate PayPal Now**

