**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FlavaWorks Entertainment, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:26-cv-04857 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| Ludovic Deniau, ) | |
| ) | |
| John Doe #1 ("TheMan"), ) | |
| Owner of Gay-Torrents.org, ) | |
| ) | |
| John Does #2 through #8, ) | |
| Administrators of Gay-Torrents.org ) | |
| (sgmusuk, jasepl, Marius, ams_guy, ) | |
| lucasneo, simlacroix, matthewmancs), ) | |
| ) | |
| BYZONA LTD, ) | |
| a Bulgarian company, ) | |
| ) | |
| Evgenii Nazarov, an individual, ) | |
| ) | |
| John Does #9 through #333, ) | |
| Identified by Gay-Torrents.org usernames, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**TO TEMPORARILY SEAL TEMPORARY RESTRAINING ORDER PAPERS**

This matter having come before the Court on Plaintiff FlavaWorks Entertainment, Inc.'s

Motion to Temporarily Seal Temporary Restraining Order Papers Pending Service; the Court

having considered the Motion and the supporting submissions; and the Court finding good cause

for the narrow, automatically-lifting seal requested:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion is GRANTED.

2. Documents sealed. The Clerk of the Court shall maintain under seal, and shall not make accessible on the public docket or through PACER, the following filings:

a. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and the accompanying memorandum in support;

b. The Declaration of Phillip Bleicher filed in support of the Motion for a Temporary Restraining Order and Preliminary Injunction;

c. The Certification of Plaintiff's Counsel Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B);

d. The [Proposed] Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue;

e. The Temporary Restraining Order, if and when entered by this Court; and

f. Plaintiff's Motion to Temporarily Seal Temporary Restraining Order Papers Pending Service, and this [Proposed] Order.

3. Documents not sealed. This Order does not seal the Verified Complaint, and does not seal any other filing or exhibit in this action.

4. Automatic lift. The temporary seal imposed by Paragraph 2 shall lift, automatically and without further order of this Court, upon the earlier of (a) Plaintiff's filing on the docket of a notice of service of the signed Temporary Restraining Order on each of Skrill USA, Inc. and Skrill Limited, PayPal, Inc., and Cloudflare, Inc. (the "Third-Party Respondents"); or (b) the expiration of ten (10) business days from the date of entry of this Order.

5. Plaintiff's obligation of prompt service and prompt notice. Plaintiff shall, upon entry of the Temporary Restraining Order by this Court, serve the signed Temporary Restraining Order on each Third-Party Respondent by the most expeditious means reasonably available, including by

email to each Respondent's designated legal-process address; and shall file on the docket, promptly upon effecting service on each Respondent, a notice specifying the date, time, and means of service.

6. No extension absent further order. The automatic lift provided in Paragraph 4 shall not be extended absent entry of a further order of this Court upon a showing of good cause, made on noticed motion.

7. No prejudice to public access. Upon the lift provided in Paragraph 4, the Clerk shall make the filings identified in Paragraph 2 accessible on the public docket and through PACER in the ordinary course, without further order of this Court.

IT IS SO ORDERED.

Dated: _____, 2026

_____
United States District Judge