AO 121 (Rev. 06/16)

| TO: **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights      2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights      3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

# EXHIBIT B

Schedule of Copyrighted Works at Issue

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶¶ 8, 29, 30*

## Contents

| Part 1 | **Schedule of Copyrighted Works** |
|---|---|
| | 85 audiovisual works registered with the United States Copyright Office |
| | Each registration was issued prior to the commencement of the infringement alleged in the Complaint, supporting Plaintiff's election of statutory damages under 17 U.S.C. §§ 412, 504(c) |
| | Listed alphabetically by title with corresponding registration number (PA / PAU series) |
| | Rights conveyed to Phillip Bleicher pursuant to the recorded Copyright Transfer Agreement (see Exhibit A) and exclusively licensed to FlavaWorks Entertainment, Inc. |

# EXHIBIT B
## Schedule of Copyrighted Works at Issue
*FlavaWorks Entertainment, Inc. v. Deniau et al.*
Cited at Complaint ¶¶ 8, 29, 30
*(Sorted alphabetically by title)*

| Work Title | Registration No. |
| --- | --- |
| Bad Boy Detention #2 — Bareback Sessions | PA0001804965 |
| Bareback Bussy #2: Breed and Bounce | PA0002025855 |
| Big Black Dick #1 | PA0001748153 |
| Big Black Dick #3: Third Leg | PA0001797171 |
| Big Black Dick #4: Inches of Pain | PA0001861008 |
| Big, Black & Bareback | PA0001788831 |
| Black IN White #1 | PA0001841887 |
| Black in White #2: Interracial Bareback | PA0001993086 |
| Chino in the Raw | PA0001668277 |
| CocoDorm Raw #1 | PA0002025848 |
| Cody Kyler Presents Pinga Paradise #2 — Rio De Janeiro | PA0001737150 |
| Cody Kyler's Pinga Paradise #1 | PA0001668281 |
| Dominant Raw Tops #4: Up in the Guts | PA0001841878 |
| Dominant Raw Tops #7: Man Milk | PA0002036969 |
| Dorm Life #14 — The Dick Down | PA0001668240 |
| Dorm Life #17 — Dick in Detention | PA0001666861 |
| Dorm Life #18 — Cum Hard or Fuck Off | PA0001666875 |
| Dorm Life #24 — Need for Seed | PA0001863017 |
| Dorm Life #3 | PA0001298415 |
| Feed & Breed #13 — Slutted | PA0002529272 |
| Feed & Breed #5: Drain My Balls | PA0002037054 |
| FlavaMen Junior Year | PA0001668262 |
| Freakzilla Bareback Attack | PA0001677052 |
| I Fucked Your White Boyfriend | PA0001822515 |
| J-Rock the Ass Slayer | PA0001764942 |
| Miami Uncut #1, Papicock Presents | PA0001691638 |
| Miami Uncut #2, Hot as Hell | PA0001737154 |
| Miami Uncut #3, Tropical Dicks | PA0001748155 |
| Miami Uncut #4: Sizzle | PA0001863010 |
| Miami Uncut #6: Lust in Paradise | PA0001993082 |
| Mixxxed Nuts | PA0001668231 |
| Mixxxed Nuts #2: Taste the Crunch | PA0001687480 |
| Mixxxed Nuts #3: Almond Joy | PA0001748164 |
| Mixxxed Nuts #4: Nuts by the Pound | PA0001748148 |
| Mixxxed Nuts #5: Sweet, Salty & Sticky | PA0001802909 |
| Mixxxed Nuts #6: Nut Explosions | PA0001789154 |
| Mixxxed Nuts #7: Dark Nut Rises | PA0001822516 |
| Mixxxed Nuts #8: CocoNuts | PA0001861002 |
| Nightmare on Elmo Street | PA0001668011 |
| Orgy Fuckers #1 | PA0001789151 |
| Orgy Fuckers #4: You Ain't Ready | PA0002037052 |
| Pump n Go | PA0002036987 |
| Raw & Nasty | PA0001737157 |
| Raw & Nasty #3: Gimmie dat Nut | PA0001772428 |
| Raw & Nasty 8: The Big Load | PA0002037058 |
| Raw Ass Pounders #1 | PA0001822522 |
| Raw Cum Dumpsters #1 | PA0001802967 |
| Raw Cum Dumpsters #2 — Lick My Nut | PA0001841874 |
| Raw Cum Dumpsters #3: Breeding Party | PA0001863016 |

| Work Title | Registration No. |
|---|---|
| Raw Dickin It #1 | PA0001677045 |
| Raw In Rio #1 | PA0002224254 |
| Raw in Rio #3: Breeding in Paradise | PA0002230891 |
| Raw in Rio #4: Cum Inside Me! | PA0002230890 |
| Raw in Rio #5: Papi Cream | PA0002230889 |
| Raw Rods #11: Direct Deposit | PA0001797237 |
| Raw Rods #13: Breeding Sessions | PA0001917818 |
| Raw Rods #3: Gettin that Nut | PA0001668236 |
| Raw Rods #5: Deep Impact | PA0001677123 |
| Raw Rods #7: Take it in the Guts | PA0001736926 |
| Raw Rods #9: Heavy on the Cream | PA0001748142 |
| Rio Uncut #1 | PA0001294210 |
| Rio Uncut #2 | PA0001294216 |
| Santo Domingo Uncut #1 | PA0001764949 |
| Santo Domingo Uncut #2 | PA0001788830 |
| Santo Domingo Uncut #3: Dominican Dick Destruction | PA0001691631 |
| Santo Domingo Uncut #4 — Dominican Heat | PA0001737152 |
| Saukei 2 You | PA0001764951 |
| Snow Ballerz #1 | PA0001635771 |
| Snow Ballerz #2 | PA0001668265 |
| Snow Ballerz #5: Frosty Lips | PA0001802981 |
| Swaggers #2: Dickin Down Deep | PA0001737151 |
| Swaggers #3: DTF (Down to Fuck) | PA0001802983 |
| Thug Mansion: Smooth's Crib | PA0001635768 |
| Thugboy #12 — Banging Backs Out | PA0001797238 |
| Thugboy #17 — Morning Wood | PA0002540582 |
| Thugboy #2 | PA0001635772 |
| Thugboy #3 — Layin Da Pipe | PA0001635916 |
| Thugboy #6 — Playas in Action | PA0001782056 |
| Thugboy #7 — Built To Fuck | PA0001737153 |
| Thugboy V1 | PA0001294211 |
| Ultimate Arvion Kylers | PAU004192666 |
| ULTIMATE Jarvis Chandler | PA0002567901 |
| White Ass Punishers #1 | PA0001841894 |
| White Ass Punishers #2: Face Down Ass Up | PA0001917813 |
| World of Flava: Paris | PA0001668278 |