# EXHIBIT A

Certificate of Recordation — Copyright Transfer Agreement

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶ 8*

## Contents

| | |
|---|---|
| **Part 1** | **Certificate of Recordation issued by the United States Copyright Office**<br>Issuing authority: United States Copyright Office<br>Signed by: Shira Perlmutter, U.S. Register of Copyrights and Director<br>Date of Recordation: February 14, 2025<br>Volume: 15032 · Document No.: 534<br>Document recorded: Copyright Transfer Agreement dated July 13, 2022 between Flava Works, Inc. (assignor) and Phillip Bleicher (assignee), assigning all rights, title, and interest in the copyrights listed in Addendum A thereto. |

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

February 14, 2025

---

Date of Recordation

15032       534

---

Volume       Doc.No.