# EXHIBIT C

## Terms and Conditions Applicable to FlavaWorks Member Accounts

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶ 31*

## Contents

| Part 1 | **MixItUpBoy.com Terms and Conditions (current)**<br>URL: https://www.mixitupboy.com/legal#terms<br>Effective date shown on page: January 1, 2011; Updated: February 3, 2026<br>Retrieved: April 22, 2026 |
|---|---|
| Part 2 | **MixItUpBoy.com Terms and Conditions (historical, via Internet Archive)**<br>Archive URL:<br>https://web.archive.org/web/20130322171002/http://www.mixitupboy.com/terms.php<br>Wayback Machine capture date: March 22, 2013<br>Version in effect during Defendant Deniau's February–March 2013 download sessions (see Complaint ¶¶ 58, 60) |



# Legal Information

QUICK NAVIGATION

Terms & Conditions    Privacy Policy    Acceptable Use    Anti-Trafficking

18 U.S.C. 2257    Content Removal    Contact Support

## Terms and Conditions

Effective: January 1, 2011 | Updated: February 3, 2026

This site and others listed below are operated, managed and copyrighted by FlavaWorks Entertainment, Inc.

### A. Applicable Sites

These Legal Notices apply to sites managed and operated by FlavaWorks Entertainment, Inc. (collectively, referred to herein as "FlavaWorks," "we" or "us") family of websites (the "Sites"). These include mixitupboy.com; thugboy.com; rawrods.com; cocodorm.com; papicock.com; rawrio.com; flavaflix.com; and any other websites at which these Legal Notices appear.

### B. Copyright Notice

All content is Copyright © FlavaWorks Entertainment, Inc. All rights reserved. All materials found on any of the Sites are protected by United States and international copyright laws and treaty provisions and may not be reproduced, copied, edited, published, transmitted, uploaded, distributed, publicly performed or otherwise used in



## C. Trademarks

FLAVAWORKS, MIXITUPBOY, FLAVAMEN, BLATINO AWARDS, RAWRODS, COCOSTORE, MIXITUPBOY, PAPICOCK are registered or pending trademarks of FlavaWorks Entertainment, Inc., in U.S. Patent and Trademark Office.

## D. Requesting Reproduction Permissions

No material found or located on any FlavaWorks Entertainment, Inc. Site may be reproduced or used for commercial purposes without the prior written permission of FlavaWorks Entertainment, Inc. You may write or fax FlavaWorks Entertainment, Inc. to request permission at:

**FlavaWorks Entertainment, Inc.**

Attn: Rights & Permissions

PO BOX 2495

Chicago, IL 60690

Fax: 305-438-9470

## User / Subscriber Agreement

**IMPORTANT! PLEASE READ CAREFULLY**

This User Agreement constitutes a legal agreement between you and FlavaWorks Entertainment, Inc. and spells out the terms and conditions to which users of any FlavaWorks Entertainment, Inc. Site are expected to adhere. By signing up for a free membership or a paid subscription or by otherwise using a Site in any manner, you acknowledge that you have read, understand and agree to be bound by these terms, as well as our Privacy Policy and any supplemental terms appearing at an applicable Site.

## 1. Content and User Submissions

The contents of the FlavaWorks Entertainment, Inc. Internet Service are intended for personal, noncommercial use. All materials published on the Sites are protected by copyright, trademark and all applicable intellectual property laws. You may not



## 2. Forums and Discussions

You shall not upload to any Public Forum any content which is illegal, libelous, defamatory, obscene, abusive, invasive of privacy, infringing of intellectual property rights, or otherwise objectionable. You represent that you own or control all rights to content you post and that use of your content does not violate this Agreement.

## 3. Access and Availability of Links

The Sites may contain links to other websites. FlavaWorks Entertainment, Inc. does not assume any liability for the actions, products, or content of external websites. Direct any concerns regarding external links to the respective site administrator.

## 4. Registration & Security

To access certain areas of the Sites, you must register and agree to abide by this Agreement. You must be 18 years or older to subscribe. You are solely responsible for maintaining the confidentiality of your account credentials and for all usage on your account.

## 5. Fees & Payments

You agree to pay all fees and charges incurred through your account. Your subscription will renew automatically until you request cancellation. FlavaWorks Entertainment, Inc. reserves the right to change fees at any time with notice posted in the Members' Services section.

## 6. Representation and Warranties

You represent and warrant that you are at least 18 years old, materials you submit do not violate any rights, and you have the legal authority to enter into this Agreement. THE SITES AND SERVICE ARE PROVIDED "AS IS" WITHOUT WARRANTIES OF ANY KIND.

## 7. Indemnification

You agree to indemnify and hold FlavaWorks Entertainment, Inc. harmless from any claims, liabilities, and costs arising from your breach of this Agreement or your use of the Sites.



DIRECT, INDIRECT, CONSEQUENTIAL, SPECIAL, OR EXEMPLARY DAMAGES ARISING FROM YOUR USE OF THE SITES. To the fullest extent permissible, aggregate liability is limited to one hundred U.S. dollars ($100.00).

### 9. System Integrity

You may not use any device or software to interfere with the proper working of any Site or take any action which imposes an unreasonable load on our infrastructure.

### 10. Termination

You may cancel your subscription in the Support section. FlavaWorks Entertainment, Inc. may terminate your access at any time for breach of this Agreement.

### 11. Governing Law; Forum Selection; Consent to Jurisdiction

This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois, without regard to its conflict-of-laws principles. You and FlavaWorks Entertainment, Inc. agree that any dispute, claim, or controversy arising out of or relating to this Agreement, the Sites, or your use of the Services — whether sounding in contract, tort, statute, or otherwise — shall be brought exclusively in the United States District Court for the Northern District of Illinois, Eastern Division, or, only if that court lacks subject-matter jurisdiction, in the state courts of Cook County, Illinois. You expressly consent to the personal jurisdiction of those courts and waive any objection to venue, including any claim of forum non conveniens. You further waive any right to a trial by jury in any such action to the maximum extent permitted by law.

**Official Correspondence:**

FlavaWorks Entertainment, Inc.

Attn: General Counsel

PO BOX 2495

Chicago, IL 60690

Phone: 305-438-9450


Effective: July 15, 2015 | Updated: April 22, 2015

This Privacy Policy applies to all FlavaWorks Entertainment, Inc. websites including mixitupboy.com, thugboy.com, rawrods.com, cocodorm.com, papicock.com, rawrio.com, flavaflix.com, and any other websites at which this Policy appears.

## What Information Do We Collect?

We collect personal information that you provide to us such as your name, email address, street address, telephone number, credit card information, and banking information. We also collect anonymous demographic information including your IP address and browser program through cookies.

## How Do We Use Your Information?

We use your information to process payments, fulfill orders, facilitate your viewing of our Sites, communicate with you, and provide you with information about FlavaWorks Entertainment, Inc. and partners. Your email address is used to send periodic newsletters and promotional emails.

## Do We Share Information with Third Parties?

In some cases, we share information with third party companies who may offer products or services of interest to you, partners for sweepstakes and contests, and service providers who manage aspects of our services. We may also disclose information when required by law.

## Do We Use Cookies?

Yes. Cookies are used to enhance your online experience. Enabling cookies is essential for the Sites to function properly.

## How Secure Is Your Information?

FlavaWorks Entertainment, Inc. takes reasonable precautions to maintain security of your information. Third party payment processors provide secure pages for billing


## How to Unsubscribe

All emails include instructions to unsubscribe. You may also email legal@flavaworks.com, use the opt-out link in emails, or write to our mailing address.

**FlavaWorks Entertainment, Inc.**

PO BOX 2495

Chicago, IL 60690

Email: support@flavaworks.com

**Persons under the age of 18 are prohibited from viewing our Sites. FlavaWorks Entertainment, Inc. does not knowingly collect personal information from persons under 18.**

## Acceptable Use Policy

This Acceptable Use Policy, in conjunction with the Terms and Conditions and Privacy Policy, governs your use of FlavaWorks Entertainment, Inc. websites.

You agree while using FlavaWorks Entertainment, Inc. Services that you may not:

- Use the Services for any illegal purpose
- Use robots, spiders, or retrieval applications to index any portion of the Services
- Transmit viruses, worms, defects, Trojan horses or other destructive items
- Upload Content containing hidden code unrelated to the Content
- Reformat or frame any web page without express permission
- Collect personal identifiable information or solicit users
- Impersonate another person
- Permit third parties to use your credentials


- Post advertisements or solicitations

- Transmit Spam

- Submit false or misleading content

- Promote unauthorized copies of copyrighted work

- Submit content that is libelous, defamatory, abusive, or unlawful

- Violate the rights of others

- Export Content in violation of laws

- Post links to obscene or pornographic external sites

Your continued use indicates acceptance of these policies. If dissatisfied, your sole remedy is to discontinue use of the Services.

## Anti-Human Trafficking Policy

Effective: February 3, 2026

FlavaWorks Entertainment, Inc. ("FlavaWorks," "we," "us," or "our") maintains a zero-tolerance policy toward human trafficking and any form of forced or coerced labor, including but not limited to sex trafficking.

### 1. Zero Tolerance

FlavaWorks Entertainment, Inc. unequivocally condemns all forms of human trafficking. We are committed to ensuring that no content appearing on any of our websites (the "Sites") involves individuals who are victims of human trafficking, coercion, or exploitation of any kind.

### 2. Verification and Consent Processes

All performers appearing in content on our Sites are verified to be at least 18 years of age through government-issued photo identification, in compliance with 18 U.S.C. § 2257 record-keeping requirements. All performers provide documented, informed



## 3. Content Review and Monitoring

We actively review and monitor all content published on our Sites to ensure compliance with this policy. Any content suspected of involving trafficking, coercion, or non-consensual activity is immediately removed pending investigation.

## 4. Reporting Mechanisms

If you believe that any content on our Sites involves human trafficking or non-consensual activity, please report it immediately to:

**FlavaWorks Entertainment, Inc.**
Attn: Compliance Department
PO Box 2495
Chicago, IL 60690
Email: legal@flavaworks.com
Phone: 305-438-9450

You may also report suspected trafficking to:

- National Human Trafficking Hotline: 1-888-373-7888
- Text: 233733 (BEFREE)
- Online: humantraffickinghotline.org

## 5. Employee and Contractor Training

All employees and contractors involved in content acquisition, production, and publication are trained to recognize indicators of human trafficking and are required to report any concerns immediately.

## 6. Cooperation with Law Enforcement

FlavaWorks Entertainment, Inc. fully cooperates with law enforcement agencies in the investigation and prosecution of human trafficking. We will promptly respond to lawful requests for information and provide any assistance necessary to support anti-trafficking efforts.


human trafficking in any form will be immediately terminated and reported to the appropriate authorities.

*This policy is reviewed and updated periodically to ensure continued effectiveness and compliance with applicable laws and industry best practices.*

## 18 U.S.C. § 2257 Record-Keeping Requirements Compliance Statement

All persons who appear in any visual depiction of sexually explicit conduct found on any of the websites owned and operated by FlavaWorks Entertainment, Inc. were at least 18 years of age at the time of the creation of such depictions.

Records required to be maintained pursuant to 18 U.S.C. § 2257 are kept by the Custodian of Records at the following location:

**Custodian of Records**

FlavaWorks Entertainment, Inc.

Attn: Phillip Bleicher

PO Box 2495

Chicago, IL 60690

Phone: 305-438-9450

The operator of the websites is not the primary producer (as that term is defined in 28 C.F.R. § 75.1(c)(2)) of any of the visual content found on the websites.

This statement is made pursuant to the requirements of 18 U.S.C. § 2257 and the regulations promulgated thereunder (28 C.F.R. Part 75).



Any person depicted in content shall have the right to appeal for removal of such content and to have the content removed should the outcome of the investigation determine that consent was not given or is void under applicable law.

**To Request Content Removal:**

1. Contact our legal department using the address below, our web-form, or by calling our office

2. Describe your complaint in detail

3. Within five (5) business days we will respond to your complaint

4. If you feel our response is not adequate, you have fourteen (14) days to file an appeal with our legal department

**FlavaWorks Entertainment, Inc.**
Attn: Legal Department
PO BOX 2495
Chicago, IL 60690
Phone: 305-438-9450
Email: legal@flavaworks.com

 

**TERMS AND CONDITIONS**

Effective as of January 1st, 2011 (the "Effective Date")

A. Applicable Sites
These Legal Notices apply to Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; rawrods.com; mixitupboy.com; cocoboyz.com; papicock.com; flavamen.com; thugsforsex.com; topthugs.com; flavaworks.com; flavacams.com and any other websites at which these Legal Notices appear. They do not apply to other online or offline Flava Works websites, products or services.

B. Copyright Notice
Copyright © Flava Works. All rights reserved. All materials found on any of the Sites are protected by United States and international copyright laws and treaty provisions and may not be reproduced, copied, edited, published, transmitted, uploaded, distributed, publicly performed or otherwise used in any manner, except with the prior express permission of Flava Works.

C. Trademarks
FLAVA WORKS, THUGBOY, FLAVA MEN, FLAVAMEN BLATINO AWARDS, RAWRODS , COCOSTORE, COCODORM, are trademarks of Flava Works, Inc., all pending or registered in U.S. Patent and Trademark Office.

D. Requesting Reproduction Permissions
No material found or located on any Flava Works Site may be reproduced or used for commercial purposes without the prior written permission of Flava Works Inc. You may write or fax Flava Works, Inc. to request permission at the following address:

Flava Works, Inc.
Attn: Rights & Permissions
2610 North Miami Ave.
Miami, FL 33127-4438
Fax No.: 305.438.9470

**USER / SUBSCRIBER AGREEMENT**

IMPORTANT! PLEASE READ CAREFULLY

This User Agreement constitutes a legal agreement between you and Flava Works and spells out the terms and conditions to which users of any Flava Works Site are expected to adhere. Please read this User Agreement carefully before using any Flava Works Site, because by signing up for a free membership or a paid subscription or by otherwise using a Site in any manner, you acknowledge that you have read and understand and agree to be bound by the terms set forth here, as well as (a) the terms of our Privacy Policy and (b) any supplemental terms appearing at an applicable Site, all of which are hereby incorporated by reference into this User Agreement (collectively referred to as the "Agreement"). If you do not agree with or do not wish to be bound by all of the terms and conditions of this Agreement, do not subscribe to or use any of the Sites or any portion of the Sites. We reserve the right to amend this Agreement at any time and will post the amended Agreement here.

This Agreement applies to the Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other websites at which these Legal Notices appear. It does not apply to other online or offline Flava Works websites, products or services and does not grant you the right to access any premium or paid portion of any website for which you have not paid a subscription fee.

**1. FLAVA WORKS CONTENT AND USER SUBMISSIONS**

1.1. The contents of the Flava Works Internet Service ("the Service"), including all Sites, are intended for the personal, noncommercial use of its users. All materials published on the Sites (including, but not limited to articles, blog entries, comments, text, photographs, images, illustrations, product descriptions, audio, video, software, trademarks, logos and other materials found on the Sites (collectively, the "Content")) are protected by copyright, trademark and all other applicable intellectual property laws, and are owned or controlled by Flava Works or the party credited as the provider of such Content, software or other materials. You shall abide by copyright or other notices, information and restrictions appearing in conjunction with any Content accessed through the Service.

1.2. The Service is protected by copyright as a collective work and/or compilation, pursuant to United States copyright laws, international conventions and other applicable intellectual property laws, rules and regulations. Except as may otherwise be set forth in this Section 1, you may not reproduce, modify, adapt, translate, exhibit, publish, transmit, participate in the transfer, rental or sale of, create derivative works from, distribute, perform, display, reverse engineer, decompile or dissemble, or in any way exploit, any of the Content, software, materials, Sites or the Service in whole or in part. You may not use any meta tags or any other "hidden text" utilizing Flava Works' name or trademarks without the express prior written consent of Flava Works.

1.3. Copying or storing of any Content for any purpose other than your personal, noncommercial use as part of the Service is expressly prohibited without the prior written permission from Flava Works' Rights and Permissions Department, or the copyright holder identified in the individual Content's proprietary rights notices. For purposes of clarification, but not limitation, including any Content (in whole or in part) on your personal website, when it is accessible to any other person, is not a personal use and is not permitted.

1.4. You agree that any information, feedback, questions, comments and/or submissions to any of the Public Forums (as discussed below) or the like that you provide to us in connection with any Site or our Service (collectively, "Submissions") will be deemed to have been provided to us on a non-confidential and non-proprietary basis, and you grant Flava Works a nonexclusive, royalty-free, perpetual, irrevocable, and fully sub-licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Flava Works and sub-licensees the right to use the name that you submit in connection with such content, if they choose. We will have no obligations or liability of any kind to you or any third party with respect to any Submission and shall be free to reproduce, use, disclose, distribute and/or otherwise exploit any Submission for any purpose whatsoever, without limitation. You also agree that we shall be free to use any ideas, concepts or techniques embodied in any Submission for any purpose whatsoever, including, but not limited to, developing, manufacturing, and marketing products or services incorporating such ideas, concepts, or techniques without your approval or compensation to you. You waive any rights you may have in modifications or alterations to your Submissions or in the event that your Submission is changed in a manner not agreeable to you. In addition, you hereby waive all moral rights you may have in any materials uploaded to the Service or sent to us by you.

1.5. All messages transmitted to Flava Works or any of the Sites will be readily accessible to the general public. You should not use any Site to transmit any communication, which you intend only the intended recipient(s) to read. Notice is hereby given that any and all messages uploaded to any of the Sites can and may be read by the operators of this Service, regardless of whether or not the operators are the intended recipients of such messages.

1.6. To enable Flava Works to use the information you supply to us through your Submissions, and so that we are not violating any rights you might have in that information, you agree to grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sub-licensable (through multiple tiers) right to exercise any copyright, publicity and database rights you have in that information, in any media now known or developed in the future, with respect to your information. However, Flava Works will only use your personal information in accordance with our Privacy Policy.

1.7. If you believe that the content of any Submission provided by you, or any Content appearing on a Site, has been used on a Flava Works Site in a manner that constitutes copyright infringement, please provide our Copyright Agent with a written notice (email is sufficient) that includes the following information: (i) an electronic or physical signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed; (iii) a description of where the material

Flava Works designated Copyright Agent to receive notifications of claimed infringement is as follows:

Flava Works, Inc.
Attn: Intellectual Property Counsel
2610 North Miami Ave.
Miami, FL 33127-4438
E-mail: dmca@flavaworks.com
Phone No.: 305.438.9450
Fax No.: 305.438.9470

If you fail to comply with all of the requirements of a DMCA notice, Flava Works may not act upon your notice.

Please be advised that any DMCA Notices sent to Flava Works may be sent to third parties (including the accused) and posted on the internet.

## 2. Forums and Discussions

2.1. The Sites may make available comments sections, chat rooms, forums, message boards, and/or news groups to its users ("Public Forum(s)"). You shall not upload to, or distribute or otherwise publish through, a Public Forum any content which is illegal, libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." Please use your best judgment and be respectful of other individuals using the Public Forums. You agree not to use vulgar, abusive or hateful language.

2.2. You represent and warrant that you own or otherwise control all rights to any content that you post to any Public Forum; that the content is accurate; that use of the content you supply does not violate this Agreement and will not cause injury to any person or entity; and that you will indemnify Flava Works for all claims resulting from content you supply.

2.3. The Public Forums within the Sites are provided to give our users an interesting and stimulating forum in which they may express opinions and share ideas. Flava Works does not endorse the opinions reflected on these Public Forums. You acknowledge that any Submissions may be reproduced, published, transmitted, edited, removed, modified, used and/or displayed by Flava Works in any manner pursuant to Section 1.4, above.

2.4. You may only use the Public Forums in a noncommercial manner. You shall not, without the express prior approval of Flava Works, use the Public Forums to distribute or otherwise publish any material containing any solicitation of funds, advertising or solicitation for goods or services, or to promote websites or online services that are competitive with Flava Works and the Service or otherwise.

2.5. While we do not and cannot review every message posted by users in the Public Forums and are not responsible for the content of any of these messages, Flava Works reserves the right to delete, move or edit messages that we, in our sole discretion, deem are in violation of the law (including trademark and copyright law), or this Agreement, or are abusive, defamatory, obscene or otherwise unacceptable. Flava Works takes no responsibility and assumes no liability for any content posted by you or any third party. You shall remain solely responsible for the content of your messages.

## 3. Access and Availability of Links

3.1. The Sites may contain links to other websites, resources and sponsors of Flava Works. Selection of any banner advertisement or link may redirect you off of a Flava Works Site to a third party website. Interactions and/or transactions that occur between you and any such third party are strictly between you and that third party and are not the responsibility of Flava Works. We are not responsible for examining or evaluating, and do not warrant the offerings of, any of these businesses or individuals or the content of their websites. Flava Works does not assume any liability or responsibility for the actions, product, availability or content of these outside resources. You should direct any concerns regarding any external link to the site administrator or Webmaster of the third party website.

## 4. Registration & Security

4.1. In order to access certain areas of the Sites and to post comments to the Public Forums, you will be required to register and, in the case of members' areas on the Sites, pay for such access. You must agree to abide by all of the terms contained in the Agreement in order to become or remain an authorized subscriber of any of the Sites.

4.2. In order to register and subscribe for a paid membership to one of the Sites, you must indicate agreement with the terms and conditions of this Agreement by checking the "I have read and agree to the membership Terms and Conditions" checkbox on the registration page. You will not be allowed to subscribe to the Sites before clicking that checkbox. Feel free to read and reread this Agreement as often as you want before subscribing to the Sites. If you do not wish to agree to these terms and conditions, do not click the "Trial Membership" button (in the case of free or trial memberships), or the "Click Here to Join" button (in the case of paid subscriptions). You understand, however, that you will not be subscribed for a paid membership to the Sites unless you agree to the terms of this Agreement by clicking on the button as set forth above. Flava Works reserves the right, at its discretion, to change, modify, add or remove portions of this Agreement at any time. Occasionally Flava Works may ask you to accept the terms of such changes to continue using the Sites.

4.3. As part of the registration/subscription process, you will select a password and user name (collectively, a "Site ID"). You agree to provide Flava Works with accurate, complete and updated registration information. Failure to do so will constitute a breach of this Agreement, which may result in immediate termination of your account. You may not (a) select or use a screen name of another person with the intent to impersonate that person; (b) use a name subject to the rights of any person other than yourself without authorization; or (c) use a screen name that Flava Works, in its sole discretion, deems offensive.

4.4. You are solely responsible for maintaining the confidentiality of your Site ID and shall notify Flava Works of any known or suspected unauthorized use(s) of your account, Site ID or any known or suspected breach of security, including loss, theft or unauthorized disclosure of your password or credit card information.

4.5. You are responsible for all usage or activity on your account to any of the Sites. Any fraudulent, abusive or otherwise illegal activity may be grounds for termination of your account at Flava Works' sole discretion, and you may be referred to appropriate law enforcement agencies.

4.6. You must be 18 years or older to subscribe to any of the Sites.

4.7. IF THIS AGREEMENT OR ANY FUTURE CHANGES ARE UNACCEPTABLE TO YOU OR CAUSE YOU TO NO LONGER BE IN COMPLIANCE, YOU MAY CANCEL YOUR PAID SUBSCRIPTION BY REQUESTING AN ORDER CANCELLATION FROM A LINK IN THE SUPPORT SECTION (SEE SECTION 10 REGARDING TERMINATION). YOU MAY CANCEL YOUR TRIAL MEMBERSHIP FROM A LINK IN THE SUPPORT SECTION. YOUR CONTINUED USE OF ANY SITE NOW, OR FOLLOWING THE POSTING OF NOTICE OF ANY CHANGES IN THIS AGREEMENT, WILL CONSTITUTE YOUR BINDING ACCEPTANCE OF SUCH RULES, CHANGES OR MODIFICATIONS.

## 5. Fees & Payments

5.1. Flava Works reserves the right at any time to charge fees or change the price for access to any of the Sites. In the event that Flava Works so elects, it shall post notice in the Members' Services section of the applicable Site. You agree to pay all fees and charges incurred through your account at the rates in effect for the billing period in which such fees and charges are incurred, including, but not limited to charges for any products or services offered for sale through the Sites by Flava Works or by any other vendor or service provider. All fees and charges shall be billed to and paid for by you. You will not receive access to any service until subscription fees have been received by Flava Works. Subscription fees are not refundable in whole or in part, even in the event your account is terminated by you or by Flava Works. In the event of termination, your paid subscription will remain active through the end of the subscription term. You are responsible for the payment of any and all applicable taxes relating to use of the Sites through your account. Your right to use the Sites is subject to any limits established by Flava Works in its sole discretion.

5.2. You understand that your paid subscription will renew automatically at the end of your subscription period until you request a cancellation (See Section 10. Termination), and you hereby authorize Flava Works (or its service provider) to charge your chosen payment method to pay for the ongoing fees relating to your subscription.

5.3. In the event that Flava Works issues a refund, the refund will be credited solely to the payment method used in the original transaction. Flava Works will not issue refunds by cash, check or to another credit card or payment mechanism.

5.4. To complete your purchase you may be transferred to the secured server of CCBill or Netbilling and/or their providers ("Service Provider"), independent companies providing subscription payment processing and other billing services for website operators, such as the owner and operator of this Site. Neither Service Provider nor any person or company related to

Accordingly, Service Provider makes absolutely no representations and/or warranties, and provides no assurances, regarding the Site, the Site owner, or the quality, availability, legality or description of the products and/or services offered thereon. SERVICE PROVIDER EXPRESSLY DISCLAIMS ANY WARRANTIES OF CLIENT'S ABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THIS SITE AND/OR THE PRODUCTS AND SERVICES OFFERED HEREON. Any disputes arising in connection with this Site, or the products and/or services being offered or purchased, are between you and the owner of this Site. In certain circumstances, Service Provider may provide subscription and billing customer service for the Site, in which case Service Provider may be handling such disputes. In all other cases, disputes related to the Products and Services should be directed to the contact information contained on the Site; however, you should feel free to contact Service Provider in the event that you feel that the Site operator acted fraudulently, or you were misled in any way. Service Provider urges you to carefully read the Terms and Conditions on the Site, and to ask the Site operator any questions you may have regarding the service/product before completing the subscription or other transaction, by using the contact information on this Site. By submitting your request for authorization of your transaction, you acknowledge having read, understood and agreed to the terms and conditions herein stated, AND agree to indemnify, defend, and hold Service Provider harmless from any and all liabilities, damages (including attorneys fees and associated costs) and other costs and expenses arising in connection with your visit to or use of this Site, and/or your purchase or offer to purchase any of the products and services offered hereon.

### 6. Representation and Warranties

6.1. You represent, warrant and covenant (a) that no materials of any kind submitted by you or through your account, or Flava Works' use thereof in accordance with the terms and conditions of this Agreement, will (i) violate, plagiarize or infringe upon the rights of any third party, including, without limitation, copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary rights; (ii) contain unlawful material, or otherwise violate any applicable laws, rules or regulations; (iii) constitute false or misleading indications of origin or statements of fact; (iv) slander, libel or defame any person or entity; or (v) cause injury of any kind to any person or entity; and (b) that you are at least 18 years old or the applicable age of majority in your jurisdiction and possess the legal authority to enter into this Agreement.

6.2. Flava Works makes no representation that the Content on the Sites is appropriate for access outside of the United States. Those who choose to access any of the Sites from outside of the United States do so on their own initiative and are responsible for compliance with local laws.

6.3. Flava Works neither represents nor endorses the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded, or distributed through the Sites or the Service by any user, information provider or any other person or entity. THE SITES, THE SERVICE AND ANY MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH THE SAME ARE PROVIDED "AS IS." FLAVA WORKS MAKES NO, AND HEREBY DISCLAIMS ALL, WARRANTIES (EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY), CONDITIONS, GUARANTIES, OR REPRESENTATIONS, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY, TIMELINESS OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH ANY OF THE SITES OR THE SERVICE. FLAVA WORKS DOES NOT GUARANTEE THAT YOUR ACCESS TO OR USE OF ANY OF THE SITES OR THE CONTENT AVAILABLE THEREON WILL BE CONTINUOUS, UNINTERRUPTED, ERROR-FREE OR SECURE AND MAKES NO WARRANTY AS TO THE RESULTS TO BE OBTAINED FROM USE OF THE SERVICE. FLAVA WORKS MAY CHANGE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO UPDATE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES.

6.4. You hereby acknowledge that the use of the Service, any Site and the Content available thereon is at your sole risk.

### 7. Indemnification

7.1. You hereby agree to indemnify, defend and hold Flava Works and its officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all causes of action, claims, liabilities and costs incurred by the Indemnified Parties in connection with any claim arising from of any breach by you of this Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorneys' fees. You shall cooperate as fully as reasonably required in the defense of any claim. Flava Works reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. You shall not enter into any settlement agreement that affects the rights of Flava Works without Flava Works' prior written approval.

### 8. Limitation of Liability

8.1. NEITHER FLAVA WORKS NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SITES OR THE SERVICE SHALL BE RESPONSIBLE TO YOU OR ANY THIRD PARTY FOR: (a) ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH USE OF, OR INABILITY TO USE, THE SERVICE, ANY OF THE SITES, OR THE CONTENT THEREON; (b) ANY OF THE MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH ANY OF THE SITES OR THE SERVICE; OR (c) ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF FLAVA WORKS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. Some jurisdictions may not allow the exclusion or limitation of incidental or consequential damages, so the above exclusions shall only apply to the extent permissible under applicable law.

8.2. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, FLAVA WORKS' AGGREGATE LIABILITY, AND THE AGGREGATE LIABILITY OF OUR LICENSORS, TO YOU OR ANY THIRD PARTY IN ANY CIRCUMSTANCE IS LIMITED TO ONE HUNDRED U.S. DOLLARS (U.S. $100.00).

### 9. System Integrity

9.1. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of any Site or any transaction conducted on a Site. You may not take any action, which imposes an unreasonable or disproportionately large load on our infrastructure. You may not disclose or share your password with any third party or use your password for any unauthorized purpose.

### 10. Termination

10.1. You may cancel your subscription in the Support section of this site. No fees will be refunded upon cancellation. You will retain access through the duration of your subscription term. You are responsible for all charges incurred up to the time the account is deactivated.

10.2. Flava Works may, in its sole discretion, terminate or suspend your access or refuse service at any time, without notice, to all or part of any of the Sites or Service for any or no reason, including, without limitation, any breach of this Agreement by you or associated with your account, any assignment of your account to a third party, or the repeated infringement of copyrights owned by Flava Works or third parties.

10.3. Flava Works, including, without limitation, its authorized agents and employees may terminate your use of any or all of the Sites and/or your account without notice in the event that you breach any obligation in this Agreement, including but not limited to, (a) restricting, inhibiting or disrupting the operation of any Site; or (b) attempting to alter or improperly access any feature or function of any of the Sites. Your access may also be subject to termination if you post or transmit any illegal content; harass or threaten any user of any Site or any Flava Works employee; post content (including, but not limited to, the creation of a username) that is offensive or otherwise disruptive of Site activities; post unsolicited advertising; or improperly impersonate a Flava Works employee or other individual.

### 11. Miscellaneous

11.1. This Agreement has been made in and shall be construed and enforced in accordance with either Illinois or Florida law without regard to any conflict of law provisions. You agree that any action to enforce this Agreement shall be brought in the federal or state courts located in Chicago, Illinois or Miami, Florida and you hereby consent to the personal jurisdiction and venue of the courts located in Cook County, Illinois or Miami-Dade County, Florida.

11.2. Official correspondence must be sent via postal mail to:
Flava Works, Inc.
Attn: General Counsel
2610 North Miami Ave.
Miami, FL 33127-4438

11.3. This Agreement, the Privacy Statement and any other terms referenced in this Agreement constitute the entire agreement between you and Flava Works with respect to your access to and use of the Sites and Service and supersede all prior or contemporaneous agreements (whether oral, written or electronic) between you and Flava Works with respect to the Sites and/or Service. If any of the provisions of this Agreement are determined to be invalid or unenforceable, then each invalid or unenforceable provision will be construed in a manner consistent with applicable laws to reflect, as nearly as possible, the original intentions of the parties and the remaining provisions shall remain in full force and effect.

**F. Acceptance**

You hereby acknowledge that you have read and understand the foregoing Agreement and agree to be bound by its terms and conditions.

© 2001 - 2013 MixItUpBoy.com - Unauthorized Reproduction Prohibited - Flava Works Inc.

TERMS AND CONDITIONS - PRIVACY POLICY - ACCEPTABLE USE POLICY

18 U.S.C. Section 2257 Statement In compliance with 18 U.S.C. Section 2257 all models contained herein were 18 years of age or older at the time of photography. All content and images herein are in full compliance with the requirements of 18 U.S.C. 2257 and associated regulations. All models' proof of age are held by the Custodian of Records: P Bleicher - 2610 North Miami Avenue - Miami, FL 33127-4438