# EXHIBIT D

## Schedule of Member Defendants

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at First Amended Complaint ¶¶ 21, 73*

| Part 1 | **Schedule of Member Defendants** |
|---|---|
| | Thirty-nine (39) Member Defendants designated as Doe Defendants Nos. 9 through 47, inclusive. |
| | Each defendant identified by Gay-Torrents.org user ID and registered username, sorted alphabetically by username (case-insensitive). |
| | Defendants represent the subset of identified Gay-Torrents.org members whose conduct supports inclusion as Doe Defendants in this action; selection basis includes VIP-membership purchase, forum participation, upload/download/seed activity, or a combination thereof, and in each case the defendant maintained a FlavaWorks-brand website account whose registered email address matches the Gay-Torrents.org registered email address identified herein. |
| | Underlying evidence preserved for each defendant in Plaintiff's records, including registered email address, FlavaWorks-brand account-creation records, and at least one captured IP address, available for production in discovery. |
| | Plaintiff reserves the right under Federal Rule of Civil Procedure 15 to amend this Schedule to add, remove, or substitute defendants as additional evidence is obtained through investigation and discovery, including in particular through subpoenas issued under 17 U.S.C. § 512(h). |

**EXHIBIT D — Schedule of Member Defendants**

*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 9 | 18335 | absofind001 | Doe No. 29 | 82485 | mtimberg |
| Doe No. 10 | 86951 | babyboy55 | Doe No. 30 | 158423 | naedom |
| Doe No. 11 | 11313 | bookpop | Doe No. 31 | 80093 | nt54 |
| Doe No. 12 | 149079 | centexhank | Doe No. 32 | 48342 | palmbay1 |
| Doe No. 13 | 45683 | chrondiz | Doe No. 33 | 93233 | phahrtknoquer |
| Doe No. 14 | 145817 | cjacobs0 | Doe No. 34 | 144845 | PhxN8vJeff |
| Doe No. 15 | 29730 | confoozledboi | Doe No. 35 | 10607 | pumpirony |
| Doe No. 16 | 6777 | feathersanddown | Doe No. 36 | 35789 | quadee |
| Doe No. 17 | 97661 | fierce57 | Doe No. 37 | 84089 | rjrjr17 |
| Doe No. 18 | 11701 | GOTTAGO | Doe No. 38 | 83916 | rygfury1 |
| Doe No. 19 | 157731 | jktz | Doe No. 39 | 71702 | shawn6065 |
| Doe No. 20 | 136118 | jtsongas | Doe No. 40 | 157628 | spfbrother |
| Doe No. 21 | 165287 | K3yb04rd | Doe No. 41 | 66192 | stewarth2044 |
| Doe No. 22 | 29118 | kaldim | Doe No. 42 | 83622 | teague182 |
| Doe No. 23 | 40076 | kepalle | Doe No. 43 | 156064 | Thorkild |
| Doe No. 24 | 114034 | kuyaj | Doe No. 44 | 47702 | tnar |
| Doe No. 25 | 6518 | markystarky | Doe No. 45 | 22256 | UVADude21 |
| Doe No. 26 | 109332 | mbt | Doe No. 46 | 83784 | walkmant2 |
| Doe No. 27 | 155139 | mike2032 | Doe No. 47 | 31488 | whereangelsdare |
| Doe No. 28 | 89209 | mike23b | | | |