# EXHIBIT F

## Gay-Torrents.org Site Documentation

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶¶ 36, 65*

## Contents

| | |
|---|---|
| **Part 1** | **DMCA Policy Page**<br>URL: https://gay-torrents.org/dmca.php<br>Captured: April 2026<br>Establishes Site's public DMCA procedure and designated contact "info(at)gay-torrents.org" (¶ 36) |
| **Part 2** | **Donation Pages**<br>Main donation page — VIP tier pricing (€14.95 to €199.95) and payment-method selection; includes Site's express representation: "On Your bank account/credit card statement You WON'T see anything related to Gay/Adult/Torrents site"<br>Payment-method dropdown detail — options: Cryptocurrencies, Credit Card (Skrill.Com), PayPal.Com |
| **Part 3** | **Donations FAQ**<br>URL: https://gay-torrents.org/rules.php?action=read&id=5<br>Site's representation: "Our donate system is Automatic and Anonymous" and donations are "handled 100% anonymously by PayPal" |
| **Part 4** | **Staff Roster**<br>URL: https://gay-torrents.org/staff.php<br>Captured: April 19, 2026<br>Identifies the Doe Defendants by Site username and rank: TheMan (Owner; Doe #1), slider (Owner), sgmusuk, Marius, ams_guy, lucasneo, simlacroix, matthewmancs (Administrators; Does #2–#8) |
| **Part 5** | **"IMPORTANT: Banned Content" Forum Announcement**<br>URL: https://gay-torrents.org/forum.php?action=viewtopic&topicid=15593<br>Originally posted by Administrator Marius on August 19, 2021; last edited January 21, 2026<br>Adds "Flava Works and its affiliates" to the banned-studios list "starting January 2026," enumerating 16 FlavaWorks domains, and warns new uploads may result in account deactivation (¶ 65)<br>Thread is locked; no new posts are allowed |



User: [ ] Password: [ ] Login | Create account | Recover password

## Report Abuse

**Digital Millennium Copyright Act Policy**
Gay Torrents website respects the legitimate rights of copyright owners, and has adopted an efficient notice and takedown procedure as required by the DMCA and described herein. This policy is intended to guide copyright owners in utilizing that procedure, and also to guide webmasters in restoring access to websites that are disabled due to mistake.
The benefits of the takedown notice form:

- effective handling and prevention of copyright infringement
- simple handling, easy to use submission process
- faster processing of your takedowns

To write a proper takedown notice, state the following information:
Please allow up to 24 hours for your submission to be processed.

Email us at **info(at)gay-torrents.org**


 
## Make a Donation



| 30 Days | 90 Days | 180 Days | 270 Days | 365 Days | 3 Years |
|---|---|---|---|---|---|
| 0.50€ PER DAY | SAVE 23% | SAVE 34% | SAVE 43% | SAVE 47% | SAVE 64% |
| €14⁹⁵ | €34⁹⁵ | €59⁹⁵ | €79⁹⁵ | €99⁹⁵ | €199⁹⁵ |
| +20GB Upload | +50GB Upload | +80GB Upload | +120GB Upload | +150GB Upload | +750GB Upload |
| 0 Invites | +1 Invites | +2 Invites | +3 Invites | +4 Invites | +10 Invites |
| HTTPS Announce | HTTPS Announce | HTTPS Announce | HTTPS Announce | HTTPS Announce | HTTPS Announce |

### Donate:

Select donation plan:

[ 90 Days (34.95 €) ▼ ]

Select Payment method:

[ PayPal.Com ▼ ]

[ Donate ]

**VIP Benefits:**

✔ A star ⭐
✔ Secure HTTPS Announce
✔ Upload credit (1EUR = 2GB, so 10Eur you will get 20 GB upload)
✔ Clear of all Warnings!
✔ Immunity for Auto Disable (for a low ratio)!
✔ Immunity from Auto Warnings!
✔ No Ads!
✔ Unlimited slots, doesn\'t matter what ratio you have!
✔ Access to Request Section!
✔ Access to Top10 and Tracker statistics!
✔ Premium support from the Support team!

** Donation system is **fully** automatic. You will receive your VIP features immediately after payment. If for any reason your account is not updated 30 min. after the payment, please **PM (Click Here)** us, so we can update Your account ASAP.
*** On Your bank account/credit card statement You WON'T see anything related to Gay/Adult/Torrents site, so don't worry about this.

## Donate:

Select donation plan:



-- Select --
Cryptocurrencies
Credit Card (Skrill.Com)
✓ PayPal.Com

| Donate |

**VIP Benefits:**
- ✔ A star ⭐
- ✔ Secure HTTPS Announce
- ✔ Upload credit (1EUR = 2GB, so 10Eur you will get 20 GB upload)
- ✔ Clear of all Warnings!
- ✔ Immunity for Auto Disable (for a low ratio)!
- ✔ Immunity from Auto Warnings!
- ✔ No Ads!
- ✔ Unlimited slots, doesn\'t matter what ratio you have!
- ✔ Access to Request Section!
- ✔ Access to Top10 and Tracker statistics!
- ✔ Premium support from the Support team!

**\*\*** Donation system is **fully** automatic. You will receive your VIP features immediately after payment. If for any reason your account is not updated 30 min. after the payment, please **PM (Click Here)** us, so we can update Your account ASAP.

**\*\*\*** On Your bank account/credit card statement You WON'T see anything related to Gay/Adult/Torrents site, so don't worry about this.

**VIP Benefits:**
- ✔ A star ⭐
- ✔ Secure HTTPS Announce



**Your Private BitTorrent GAY Community!**

 Home    Torrents    DONATE    Requests    Top 10    Upload    Users    Help    Forum

My Panel   |   Wishlist   |   Friends   |   Mailbox   |   Staff   |   **Rules & Guidelines**

### Rules & Guidelines

## Home > Donations

Our donate system is **Automatic** and **Anonymous**.
Your donations are automatically processed. Any gifts will be credited your account immediately. Any information required to complete the donation is handled 100% anonymously by PayPal. All VIP memberships are one-time only, non-recurring payments. It is up to you to renew on expiry..

**Payment methods**

We currently only accept one payment method: PayPal. You don't have to be a PayPal member to make a donation, you can simply donate with your credit/debit card. If you do not have a credit/debit card, you should be able to donate from your bank account, but you will need to make an account with PayPal to enable that option.

**How do I donate?**

If you appreciate our presence Click to visit the donation page, by donating you ensure our website a bright future and enable us to continue growing and serving your needs. All donated money goes towards the costs of the servers and serivces we use to maintain this site. Thank you!

**Benefits**

All VIP memberships are free from the minimum ratio requirement (.300) and come with upload GB to credit your ratio. All donors receive a donor star, and your account will never be disabled for inactivity. All other benefits come with the amount you donate, and are listed on the donation page. If you do not wish to receive the donor star, please PM an Administrator.

**Known Issues/Error Messages**

**We are sorry but donations are currently unavailable. Please try again later...** - Means that for some reason the donation system is temporarily offline, and there's nothing you can do about it. Please do not contact staff asking when it will be working again - it will be very soon.

**Back**



Staff @ Gay-Torrents.Org - Your Private Gay Torrent Tracker!

Please do not contact staff until you have read any rules, guides, stickies, etc. related to your question. Then, and only then, should you PM a staff member.

| Avatar | PM | User | Rank | Country | Info | Status |
|---|---|---|---|---|---|---|
| | PM | TheMan | Owner | | Coder | offline |
| | PM | slider | Owner | | | offline |
| | PM | sgmusuk | Administrator | | Global Moderation | offline |
| | PM | Marius | Administrator | | Global Moderation | offline |
| | PM | ams_guy | Administrator | | Global Moderation | offline |
| | PM | lucasneo | Administrator | | Global Moderation | offline |
| | PM | simlacroix | Administrator | | Global Moderation | offline |
| | PM | matthewmancs | Administrator | | Global Moderation | offline |

Forums > News And Announcements

Search | View Unread | Mark All as Read

View Topic: IMPORTANT: Banned Content

1
<< Prev.    Next >>

Click Here to notify on new message!

**Marius** ⭐
(Administrator)
19/08/2021 11:17:46
(243 weeks ago)



Uploaded: 88.37 TiB
Downloaded: 21.86 TiB
Ratio: 4.04
Posts: 915

On top of the list of prohibited content that's indicated in our Uploading Rules, the following titles and studios are also hereby banned:

**Banned Studios - inclusive of videos and images:**

• Aaron Lawrence - Underage Performer(s) & age verification issues
• Big Fun House Productions - Underage Performer(s)
• Gay Teen Studios - Underage Performer(s)
• Teen Boys Fetish - Underage Performer(s) & age verification issues
• Sebastian Bleisch - Underage Performer(s)

NEW (starting January 2026):
• Flava Works and its affiliates:
  *(Effective immediately, any new uploads could result in a warning or your account to be deactivated.)*

 - Flavaworks.com
 - Cocodorm.com
 - PapiCock.com
 - ThugBoy.com
 - CocoBoyz.com
 - FlavaMen.com
 - RawRods.com
 - RawRio.com
 - MixItUpBoy.com
 - FlavaTube.com
 - FlavaFlix.com
 - FlavaGold.com
 - CocoStore.com
 - Rocksboys.com
 - Rockafellazentertainment.com
 - Blatinoawards.com

**Banned Titles (Underage Performers) - inclusive of videos and images:**

**Cobra Video:**

• Bareboned Twinks
• Campus Boys 1 & 2
• Casting Couch 4

**Man's Best:**

• Das Räubernest
• Kadettenlager

**Puppy Productions:**

• Royal Raw Auditions 1

Staff will be deleting **existing** torrents without prejudice to the uploaders.

EDIT: any new uploads after 19/10/2021 could result in a warning or your account to be deactivated

Last edited by **Marius** at 21/01/2026 12:30:12

_____

- Marius

⇧

**1**
**<< Prev.    Next >>**

This topic is locked; no new posts are allowed.

View Unread

Quick Jump: News And Announcements ⌄