# EXHIBIT G

Forum Threads

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at Complaint ¶ 60; Section H*

## Contents

| | |
|---|---|
| **Part 1** | **Thread: "If ur a paying member of ANY online porn"**<br>Forum: Suggestions and Discussions · Topic ID: 2137<br>URL: https://gay-torrents.org/forum.php?action=viewtopic&topicid=2137<br>Thread opened: November 5, 2012<br>Capture date: April 18, 2026 (thread continuously accessible for 13+ years)<br>Pages: 3<br>Participants include site users with total uploads of 97.20 TiB (princeyuri80) and 39.05 TiB (Stuart_B), as referenced in Complaint ¶ 60. |
| **Part 2** | **Thread: "FLAVAWORKS cease and desist email/letter"**<br>Forum: News And Announcements · Topic ID: 17533<br>URL: https://gay-torrents.org/forum.php?action=viewtopic&topicid=17533<br>Thread opened: December 3, 2025 · Last post captured: March 18, 2026<br>Capture date: April 18, 2026<br>Forum pages 1–3 of 3 · 15 PDF pages total<br>Posts include statements by Site Owner ("TheMan") and Administrators ("matthewmancs," "sgmusuk") relevant to the coordinated forum campaign pleaded in Section H. |



 
**Forums > Suggestions and Discussions**

Search | View Unread | Mark All as Read

View Topic: If ur a paying member of ANY online porn

**1**
**<< Prev.     Next >>**

Click Here to notify on new message!

| | **Quote** |
|---|---|
| unknown[50439]<br>05/11/2012 01:18:10<br>(701 weeks ago)<br>Uploaded: 0.00 BiT<br>Downloaded: 0.00 BiT<br>Ratio:<br>Posts:<br>PM | (Damn!  I wish you could write a meaningful subject line in this forum)<br><br>Anyway, "If you're a paying member of ANY online porn site", you'll want to read the story at the link below before you think about uploading here what you've downloaded there.<br><br>http://dietrolldie.com/2012/11/01/1-5-million-default-judgment-against-kywan-fisher-flava-works-inc-112-cv-01888-ndil/<br><br>Pay particular attention to this part of the article:<br><br>"The case against Fisher was different because he was a paid member of a Flava site.  When he joined the Web site, Fisher agreed to not copy and distribute Plaintiff's movies.   Fisher_Billing_01888(IL)   Plaintiff stated Fishers's account downloaded 10 movies and they were later found on two torrent Web site.  One of the torrent Web sites showed the 10 movies were downloaded a total of 3416 times.   BT_ScreenShot_01888(IL)    Plaintiff told the court they knew the movies found via the torrent Web site were from Fisher's account **because each time a person downloads a movie, a small code identifying the account is written to the file.  Flava's account code was "xvyynuxl".**  Here is a screenshot of the code found after downloading the movie files via BitTorrent and examining it — Analysis_01888(IL).    The code is at the bottom of screenshot."<br><br>In essence, if you download a video from a site where you're a member, chances are some unique identifier is added to that particular download which points directly to your account.  Thus, when they find it in a torrent, they know exactly who to come looking for. |

⬆

| | **Quote** |
|---|---|
| **Stuart_B** (PowerUser)<br>08/11/2012 20:17:59<br>(701 weeks ago)<br>[avatar] | And then prove that the person who downloaded it was responsible for passing it on (surely) ? |

Downloaded: 21.47 TiB
Ratio: 1.82
Posts: 34



**Quote**

**ric58hard** (ExtraUser)
08/11/2012 23:42:55
(701 weeks ago)

> **Stuart_B wrote:**
>
> *And then prove that the person who downloaded it was responsible for passing it on (surely) ?*

Probably that would not be necessary. If the code is identifiable to the individual there are bound to be terms that state the individual is responsible for what happens to the video/download.

Uploaded: 15.44 TiB
Downloaded: 1.62 TiB
Ratio: 9.53
Posts: 2315

**Quote**

**princeyuri80**
(Uploader)
10/11/2012 01:29:42
(701 weeks ago)
Uploaded: 97.20 TiB
Downloaded: 2.01 TiB
Ratio: 48.32
Posts: 146

Still we have this what we called "due process" In this case, there are a lot of factors to be considered, why such file was found in the torrent site. In fact as stated in Rules of court, section 2 under rule 133, "Proof beyond reasonable doubt does not mean such degree of proof, excluding possibility of error, which produces certainty.

> Last edited by **princeyuri80** at 10/11/2012 01:30:36

**Quote**

unknown[50439]
11/11/2012 08:22:37
(700 weeks ago)
Uploaded: 0.00 BiT
Downloaded: 0.00 BiT
Ratio: 48.32
Posts: 146

> **princeyuri80 wrote:**
>
> *Still we have this what we called "due process" In this case, there are a lot of factors to be considered, why such file was found in the torrent site. In fact as stated in Rules of court, section 2 under rule 133, "Proof beyond reasonable doubt does not mean such degree of proof, excluding possibility of error, which produces certainty.*

I guess the big question is, "Is it really worth the risk?"

I'm not sure if you read the story at the link I posted, but the guy that was sued ended up with a $1.5 million judgment against him. Not that they'll ever see a dime of it, but that will surely affect his credit.

Again, is it really worth the hassle?

**Quote**

**princeyuri80**
(Uploader)
11/11/2012 11:37:22
(700 weeks ago)

Lol..! To be honest, its absolutely No!

Downloaded: 2.01 TiB
Ratio: 48.32
Posts: 146



**Quote**

**Stuart_B** (PowerUser)
13/11/2012 00:49:26
(700 weeks ago)

Uploaded: 39.05 TiB
Downloaded: 21.47 TiB
Ratio: 1.82
Posts: 34

> **ric58hard wrote:**
>
> > **Stuart_B wrote:**
> >
> > *And then prove that the person who downloaded it was responsible for passing it on (surely) ?*
> >
> > *Probably that would not be necessary. If the code is identifiable to the individual there are bound to be terms that state the individual is responsible for what happens to the video/download.*
>
> That will depend on what Country is involved and it's Laws relating to such situations .

**1**
**<< Prev.     Next >>**

View Unread      Add Reply

Quick Jump: Suggestions and Discussions ⌄

**Home**   **Torrents**   **DONATE**   **Requests**   **Top 10**   **Upload**   **Users**   **Help**   **Forum**

My Panel   |   Wishlist   |   Friends   |   Mailbox   |   Staff   |   **Rules & Guidelines**

**Forums > News And Announcements**

**Search** | **View Unread** | **Mark All as Read**

### View Topic: FLAVAWORKS cease and desist email/letter

**1 2 3**
**<< Prev.**    **Next >>**

Click Here to notify on new message!

---

**Quote**

**kevinatl** (PowerUser)
03/12/2025 01:15:32
(19 weeks ago)



Uploaded: 28.58 TiB
Downloaded: 25.40 TiB
Ratio: 1.13
Posts: 5

 


Is this for real? It states they are federally sueing Gay-Torrents.org including members. They sent a letter via UPS to my house and offering a settlement of $4750. Deadline to pay is December 12, 2025.

Has anyone else received anything like this? I'd like to know how they obtained my personal home address and email from this site?

thanks

---

**Quote**

**trick_of_light**
((IMPLORER)
(IMPLODER))
03/12/2025 02:13:54
(19 weeks ago)



Uploaded: 2.46 TiB
Downloaded: 337.97 GiB
Ratio: 7.46

Do you use a VPN or seedbox when you torrent? If not, they could have simply gotten them from your ISP after they saw your IP address in a torrent swarm. I'm not a lawyer and I can't tell you how to proceed.

Last edited by **trick_of_light** at 03/12/2025 02:14:40

---

**Quote**

**Dragomar** (ExtraUser)
03/12/2025 06:01:53
(19 weeks ago)



Uploaded: 14.68 TiB
Downloaded: 3.33 TiB
Ratio: 4.41
Posts: 1

Always use a VPN, I use a seedbox at the same time too. No letter for me. That's quite scary though...

**Quote**

**kevinatl** (PowerUser)
03/12/2025 09:50:39
(19 weeks ago)

Uploaded: 28.58 TiB
Downloaded: 25.40 TiB
Ratio: 1.13
Posts: 5

yes I always use VPN. The address they had was an old address so it's not my current ISP. They have my username and email address from this web site that is also named in the suit. Guess I'll have to call an attorney.

**Quote**

**kevinatl** (PowerUser)
03/12/2025 21:21:05
(19 weeks ago)

Uploaded: 28.58 TiB
Downloaded: 25.40 TiB
Ratio: 1.13
Posts: 5

I retained an attorney who knew quite a lot about Flavaworks and Gay-Torrents and their members being sued. This attorney has settled numerous suits brought by Flavaworks. The hope is to reach a settlement.

I never received any notice from my ISP regarding copyright infringement or that my data was being subpoenaed by Flavaworks, so the info that Flavaworks obtained came from this site.

unknown[6777]
03/12/2025 22:10:47
(19 weeks ago)
Uploaded: 0.00 BiT
Downloaded: 0.00 BiT
Ratio: 1.13
Posts: 5

 

I received the same thing but what they provided didn't actually show any evidence that I downloaded their studio files (Which I don't believe I did, I have no record of it). This looks like a scare tactic to me, it''s not from a lawyers office so this feels more like a shake down threatening to use a real name in the lawsuit. Please, please let me know what happens with your lawyer and if I may have to do the same.

Quote

**TheMan** (Owner)
04/12/2025 13:25:55
(19 weeks ago)



Uploaded: 1.56 GiB
Downloaded: 16.23 GiB
Ratio: 0.10
Posts: 175



This is straight-up extortion, and people shouldn't fall for it. It's always from this same studio (Flava Works) – while other studios simply contact us to have their content removed from the site (we immediately delete anything that's reported to us). These guys' only job is to extort money, and if it were me, I'd just block them so they stop spamming my inbox with this crap.

How the hell are they going to prove that I'm the person who downloaded their non-existent torrents on that site? It can be my grandpa or my neighbor! We deleted all of their stuff a long time ago, and I wouldn't even be surprised if they're uploading their own shitty content themselves just so they can blackmail users afterwards.

Quote

unknown[160251]
04/12/2025 23:07:14
(19 weeks ago)
Uploaded: 0.00 BiT
Downloaded: 0.00 BiT
Ratio: 0.10
Posts: 175

 

> **TheMan wrote:**
>
> *This is straight-up extortion, and people shouldn't fall for it. It's always from this same studio (Flava Works) – while other studios simply contact us to have their content removed from the site (we immediately delete anything that's reported to us). These guys' only job is to extort money, and if it were me, I'd just block them so they stop spamming my inbox with this crap.*
>
> *How the hell are they going to prove that I'm the person who downloaded their non-existent torrents on that site? It can be my grandpa or my neighbor! We deleted all of their stuff a long time ago, and I wouldn't even be surprised if they're uploading their own shitty content themselves just so they can blackmail users afterwards.*

That is a very reasonable defense line and many similar cases have been dismissed because the author failed to provide concrete evidence that the person being sued was in fact the one pirating, because they might live with other people or share the same home network, or simply because the IP mentioned in the lawsuit is shared with multiple clients from the same ISP.

Not to mention that, the fact that they never file any request for content removal and go straight to court with the site members indicate that they are ill intended, specially given that they have a really long history of engaging in this behavior.

Quote

**kevinatl** (PowerUser)
04/12/2025 23:45:43
(19 weeks ago)

The email below also included screenshots from Gay-Torrents.org (which I cannot post in this format) showing my account, the amount I've downloaded, uploaded, etc..I don't have any idea how he got that info. I don't know if I downloaded any of the twenty titles he listed. I don't remember those titles at all. He told my attorney I was still seeding as of last weekend and he says he has the proof. The attorney representing me knows the CEO of Flavaworks because they've settled numerous cases with him. Steve Vondran steve@vondranlegal.com

I've defenitly thought this was a scam, did some research, and they have successfully sued numerous people.



Uploaded: 28.58 TiB
Downloaded: 25.40 TiB
Ratio: 1.13
Posts: 5

 

"For your client Kevin — our investigation confirms extensive infringing activity on Gay-Torrents.org under the username "kevinatl." His account history reflects ongoing torrenting and distribution of FlavaWorks content, and as of this past weekend he was still seeding one of our copyrighted videos, indicating active and continuing infringement.

At present, we have identified over twenty (20) copyrighted works he has shared or downloaded. Below is a partial list of the titles connected to his account:

DeAngelo and Lil Niz torrent (1 copyrighted work)
Cody Kyler and Wellington torrent (1 copyrighted work)
Arvion Kylers & DeAngelo Jackson torrent (1 copyrighted work)
Cody Kyler and Flamez torrent (2 copyrighted works)
Santo Domingo #1, #2, and #4 torrent (15 copyrighted works)
RocksBoys – The Next Link Up: Slim Smalls Fucks Nathan Black (1 copyrighted work — he was still seeding this as of this weekend)
Based on our data, his account shows over 23 TiB downloaded and more than 25 TiB uploaded, clearly establishing him as a serial infringer.

Our settlement demand for Kevin is $4,750.00, which is already low considering the volume of infringement. If he wishes to resolve this matter, his offer needs to be near our stated number. We understand he may not be a man of means, but the scale of infringement here is significant, ongoing, and well-documented. Payment arrangements over time will be acceptable.

Please let me know how he wishes to proceed.

Oh and we also show a user with the same username over at Gay-Torrents.net (another illegal file sharing website)


***********************************************************
Phillip Bleicher
FlavaWorks Entertainment Inc.

2705 W Fulton St,
Chicago, IL 60612-2003

Phone: 305-438-9450 Ext 305
Fax: 305-438-9470
Email: Phil@FlavaWorks.com

Last edited by **kevinatl** at 04/12/2025 23:46:24

**Quote**

unknown[160251]
05/12/2025 02:26:24
(19 weeks ago)
Uploaded: 0.00 BiT
Downloaded: 0.00 BiT
Ratio: 1.13
Posts: 5

 

> **kevinatl wrote:**
>
> *The email below also included screenshots from Gay-Torrents.org (which I cannot post in this format) showing my account, the amount I've downloaded, uploaded, etc..I don't have any idea how he got that info. I don't know if I downloaded any of the twenty titles he listed. I don't remember those titles at all. He told my attorney I was still seeding as of last weekend and he says he has the proof. The attorney representing me knows the CEO of Flavaworks because they've settled numerous cases with him. Steve Vondran steve@vondranlegal.com*

The sad news is that you are most likely going to be forced to settle because you keep incriminating yourself by reinforcing that you are in fact the person that they are after. In case they proceed with the lawsuit, if you don't settle, you will end up spending much more money than what they are asking for. The reason FlavaWorks is so successful in this weaponization of the legal system is that they ask for an amount of money that is much smaller than what any individual would spend in an ongoing legal battle. Even if you have a solid defense argument you will be spending much more than 4K.

And just one last thing, you can bet your ass this lawyer of yours is involved in the scheme.

**Quote**

**kevinatl** (PowerUser)
05/12/2025 09:43:26

replying to passivinho - I did do some research, they sued individuals who did not respond to the settlement, he then filed suit in Chicago, individuals did not show up and the judge gave summary judgement to plaintiff, huge amounts of



I do feel like this is a scam but I do not know how else to proceed other than getting the lawyer. I did directly ask them if they were in anyway associated with Flavaworks or any of it's affiliates and she said they would be illegal and they'd be disbared.

"you keep incriminating yourself by reinforcing that you are in fact the person that they are after" - they sent a overnight letter to my home, what else was I supposed to do other than seek legal help?

Uploaded: 28.58 TiB
Downloaded: 25.40 TiB
Ratio: 1.13
Posts: 5

**Quote**

**tightass2020**
(ExtraUser)
06/12/2025 10:43:04
(19 weeks ago)



Uploaded: 41.41 TiB
Downloaded: 9.97 TiB
Ratio: 4.15
Posts: 129

Both Flava Works and Phillip Bleicher, the man behind the brand, have some pretty long criminal records themselves. Look Flava Works up on Wikipedia, and have your lawyer read a statement by Bleicher's former attorney.

https://gulisanolaw.com/phillip-bleicher-criminial-conman-liar/
#:~:text=In%20order%20to%20avoid%20service,Bleicher.

**Quote**

**TheMan** (Owner)
06/12/2025 13:19:43
(19 weeks ago)



Uploaded: 1.56 GiB
Downloaded: 16.23 GiB
Ratio: 0.10
Posts: 175

kevinatl, please respond to my PM.

Thanks.

**Quote**

**harlot48030** (Mixed Nuts)
07/12/2025 06:53:24
(18 weeks ago)

> **kevinatl wrote:**
>
> *.... I did directly ask them if they were in anyway associated with Flavaworks or any of it's affiliates and she said they would be illegal and they'd be disbared.*



Maybe I am reading too much between the lines and sound like *Hardy Boys*, but the response is merely stating the facts and doesn't actually answer the question. There is no denial nor affirmation of their association with flavaworks.

Uploaded: 3.83 TiB
Downloaded: 64.99 GiB
Ratio: 60.41
Posts: 338

**Quote**

**tightass2020**
(ExtraUser)
07/12/2025 10:10:33
(18 weeks ago)

Give "The Man" a chance to look into this.  I'm sure he'll update us as he learns more.

Uploaded: 41.41 TiB
Downloaded: 9.97 TiB
Ratio: 4.15
Posts: 129

**1 2 3**
**<< Prev.**    **Next >>**

View Unread    Add Reply

Quick Jump: News And Announcements


 Home     Torrents     DONATE     Requests     Top 10     Upload     Users     Help     Forum

My Panel | Wishlist | Friends | Mailbox | Staff | **Rules & Guidelines**

**Forums > News And Announcements**

**Search** | **View Unread** | **Mark All as Read**

View Topic: FLAVAWORKS cease and desist email/letter

**1 2 3**
**<< Prev.     Next >>**

[ Click Here to notify on new message! ]

**Quote**

**ThreeBears** (ExtraUser)
07/12/2025 21:54:06
(18 weeks ago)



Uploaded: 11.32 TiB
Downloaded: 505.69 GiB
Ratio: 22.92
Posts: 62

 PM

> **kevinatl wrote:**
>
> *Is this for real? It states they are federally sueing Gay-Torrents.org including members. They sent a letter via UPS to my house and offering a settlement of $4750. Deadline to pay is December 12, 2025.*
>
> *Has anyone else received anything like this? I'd like to know how they obtained my personal home address and email from this site?*
>
> *thanks*

I got a letter like that from the infamous porn copyright troll firm Prenda Law years ago and it was for a straight porn film that I  had never heard of and of course never downloaded.  They also did robocalls to my home phone. They got my demographic information by filing a request with my ISP, which notified me that Prenda Law subpoenaed them for my information so that I could fight it if I wanted to.

They are offering a settlement because they expect you would be embarrassed to be sued over downloading porn and the amount is calculated to be less than the cost of hiring a lawyer to defend yourself.

They can only prove that your IP address was used to download the porn, not that you downloaded the porn.  Someone else could have used your internet connection, even a neighbor over unsecured Wi-Fi.  They probably cannot even prove that your account on gay-torrents.org is your account.  The amount of porn your account has downloaded in total would be irrelevant to whether or not you downloaded their porn.

Generally, if you ignore them, they will eventually stop bothering you because they can't prove it was you.  Judges are running out of patience for copyright trolls' extortionist tactics, filing papers to get thousands of ISP addresses' contact information from ISPs then dropping the lawsuits once they have the information needed to extort those people.

If you have gotten yourself into a situation in which you actually need a lawyer, Morgan Pietz should be your first choice.

Last edited by **ThreeBears** at 07/12/2025 21:57:53

**Quote**

**slowdowntown** 🚫
(validating)
27/12/2025 19:44:28

Any update on this?



Uploaded: 289.31 MiB
Downloaded: 44.60 GiB
Ratio: 0.01
Posts: 1

 

**Quote**

**matthewmancs**
(Administrator)
27/12/2025 20:45:32
(15 weeks ago)



Uploaded: 440.88 TiB
Downloaded: 26.89 TiB
Ratio: 16.39
Posts: 4996

YES! THIS REMAINS THE ANSWER.

> **TheMan wrote:**
>
> *This is straight-up extortion, and people shouldn't fall for it. It's always from this same studio (Flava Works) – while other studios simply contact us to have their content removed from the site (we immediately delete anything that's reported to us). These guys' only job is to extort money, and if it were me, I'd just block them so they stop spamming my inbox with this crap.*
>
> *How the hell are they going to prove that I'm the person who downloaded their non-existent torrents on that site? It can be my grandpa or my neighbor! We deleted all of their stuff a long time ago, and I wouldn't even be surprised if they're uploading their own shitty content themselves just so they can blackmail users afterwards.*

**Quote**

**K3yb04rd** (ExtraUser)
03/01/2026 14:16:40
(15 weeks ago)



Uploaded: 202.23 TiB
Downloaded: 12.52 TiB
Ratio: 16.16
Posts: 29



Hmm, lot's of concerning points in this situation. My primary concern is how did they pierce the veil? You mention using a VPN, can I inquire as to which one? I am most curious if it is a "no-logs" VPN. Normally using a VPN makes you pretty safe from this risk, and using one that guarantee's no logs, even more so.

The other item that troubles me is how did they reverse your IP back to your username on here (and GT.net)? The only route I can think of obtaining that would be through the courts against the sites themselves, or using illicit means to gain access to the user data on the sites. If it turns out to be the latter, than that may be helpful in defending against it.

I noticed that access to the Users function was disabled a few weeks back. I would guess that this was as a result of this situation. Going on memory, nothing in the Users function would have provided the linkage that I can recall.

KB

**Quote**

**tnar** (ExtraUser)
03/01/2026 20:01:37
(14 weeks ago)

> **K3yb04rd wrote:**
>
> *I noticed that access to the Users function was disabled a few weeks back. I would guess that this was as a result of this situation. Going on memory, nothing in the Users function would have provided the linkage that I can recall.*



AFAIK this has been disabled for quite a while. Years. So not related to anything recent.

Last edited by **tnar** at 03/01/2026 20:02:00

Uploaded: 52.58 TiB
Downloaded: 20.89 TiB
Ratio: 2.52
Posts: 258


**Quote**

unknown[91553]
08/01/2026 02:58:02
(14 weeks ago)
Uploaded: 0.00 BiT
Downloaded: 0.00 BiT
Ratio: 2.52
Posts: 258


I just got mine, but it didn't list any specific files or dates of what they say I downloaded, just my name and username. There are pics of my profile from a few days ago and I don't remember seeing anything on the site from their studio.

**Quote**

**lankyguy** (Members)
08/01/2026 03:21:08
(14 weeks ago)



Uploaded: 934.58 GiB
Downloaded: 2.25 TiB
Ratio: 0.41
Posts: 2


I just got a notice as well. I've never downloaded anything of theirs. Looks like a total scam, Gmail even flags it as such. Unlikely that a real C&D would come from a CEO and not a lawyer.

> **jonniemn wrote:**
>
> *I just got mine, but it didn't list any specific files or dates of what they say I downloaded, just my name and username. There are pics of my profile from a few days ago and I don't remember seeing anything on the site from their studio.*

**Quote**

**K3yb04rd** (ExtraUser)
08/01/2026 10:29:17
(14 weeks ago)



Uploaded: 202.23 TiB

> **tnar wrote:**
>
> > **K3yb04rd wrote:**
> >
> > *I noticed that access to the Users function was disabled a few weeks back. I would guess that this was as a result of this situation. Going on memory, nothing in the Users function would have provided the linkage that I can recall.*
> >
> > *KB*
>
> *AFAIK this has been disabled for quite a while. Years. So not related to anything recent.*

The user panel was still active up until a month ago. It did not provide a lot of info. Most of it was already disabled. The

Ratio: 16.16
Posts: 29



KB

---

**Quote**

**K3yb04rd** (ExtraUser)
08/01/2026 13:06:00
(14 weeks ago)

Uploaded: 202.23 TiB
Downloaded: 12.52 TiB
Ratio: 16.16
Posts: 29

> **lankyguy wrote:**
>
> *I just got a notice as well. I've never downloaded anything of theirs. Looks like a total scam, Gmail even flags it as such. Unlikely that a real C&D would come from a CEO and not a lawyer.*
>
> > **jonniemn wrote:**
> >
> > *I just got mine, but it didn't list any specific files or dates of what they say I downloaded, just my name and username. There are pics of my profile from a few days ago and I don't remember seeing anything on the site from their studio.*

The fact that people who have never downloaded their content are receiving letters shows that they are just using guilt by association. If they can identify you and show that you are on the site, they are going to send you a letter in hopes that you will settle because you have downloaded content, though maybe not theirs.

As Matthewmancs suggested, best to to ignore them altogether as it is just a shakedown/extortion attempt.

That being said, I am still very curious on the mechanics of how he is doing it. Are people not using VPN's or are they using one, but it is leaking their IP and the jerk is monitoring swarms looking for non-VPN IP's

KB

Last edited by **K3yb04rd** at 08/01/2026 13:10:05

---

**Quote**

**lankyguy** (Members)
08/01/2026 17:59:33
(14 weeks ago)

Uploaded: 934.58 GiB
Downloaded: 2.25 TiB
Ratio: 0.41
Posts: 2

> **Quote:**
>
> *are they using one, but it is leaking their IP and the jerk is monitoring swarms looking for non-VPN IP's*

Thought I was using one, so I'll have to investigate — That company could have gone under for all I know.

---

**Quote**

**blueugh** (Members)
10/01/2026 00:28:34
(14 weeks ago)

Yes, I just got the letter today in the mail. It features a screengrab of my profile but no info on the titles in question. I have no memory of their studio's content. From an internet search, it says they have been blasting the Illinois area, which is where I reside, with these letters. Still, it is very concerning to get the letter.

Last edited by **blueugh** at 10/01/2026 00:28:59



Uploaded: 13.92 TiB
Downloaded: 13.68 TiB
Ratio: 1.02
Posts: 61
 PM

**Quote**

unknown[91553]
10/01/2026 23:34:29
(13 weeks ago)
Uploaded: 0.00 BiT
Downloaded: 0.00 BiT
Ratio: 1.02
Posts: 61
 PM

I don't live in that area, but when I log into my VPN I always choose Chicago for the location. Plus I just moved and all my mail was forwarded to a PO box that I don't check every day, maybe there is a letter waiting for me there.

**Quote**

**Thorkild** (ExtraUser)
13/01/2026 06:33:21
(13 weeks ago)



Uploaded: 14.78 TiB
Downloaded: 1.28 TiB
Ratio: 11.57
Posts: 2
 PM

Has any more been reported on this issue?
Anyone settle?

**Quote**

**rjack85** (ExtraUser)
13/01/2026 12:08:46
(13 weeks ago)

So how did they get screenshots of peoples profiles with their email address?  Was the site hacked or did GT give the info away?  Another reason to always use a VPN but if the contact info is compromised then it's a good reason to never give an actual email address or to sign up for a sight.

In today's world it is too easy for malignant operators to match that email address to an actual person regardless of whether the ip goes anywhere.

Uploaded: 13.54 TiB
Downloaded: 6.35 TiB
Ratio: 2.13
Posts: 11

**Quote**

**Thorkild** (ExtraUser)
13/01/2026 12:34:48
(13 weeks ago)

The only way for them to get the IP address of users,  is from the site itself. Either with a court order or someone from the admin staff has to be on the take or a plant.   I would like to hear from the admins of the site to see whether they have had any new admins in the Florida or Illinois areas,  and whether Admins have to sign any type of confidentiality agreement.  Any of this information will be helpful if anyone has to defend themselves.

Uploaded: 14.78 TiB
Downloaded: 1.28 TiB
Ratio: 11.57
Posts: 2

**1 2 3**
**<< Prev.     Next >>**

View Unread      Add Reply

Quick Jump: News And Announcements




Home


Torrents


DONATE


Requests


Top 10


Upload


Users


Help


Forum

My Panel | Wishlist | Friends | Mailbox | Staff | **Rules & Guidelines**

---

**Forums > News And Announcements**

Search | View Unread | Mark All as Read

View Topic: FLAVAWORKS cease and desist email/letter

**1 2 3**
**<< Prev.    Next >>**

Click Here to notify on new message!

**Quote**

**whereangelsdare**
(ExtraUser)
22/01/2026 00:28:41
(12 weeks ago)
Uploaded: 6.95 TiB
Downloaded: 3.33 TiB
Ratio: 2.09
Posts: 16
 PM

> **matthewmancs wrote:**
>
> *YES! THIS REMAINS THE ANSWER.*
>
> > **TheMan wrote:**
> >
> > *This is straight-up extortion, and people shouldn't fall for it. It's always from this same studio (Flava Works) – while other studios simply contact us to have their content removed from the site (we immediately delete anything that's reported to us). These guys' only job is to extort money, and if it were me, I'd just block them so they stop spamming my inbox with this crap.*
> >
> > *How the hell are they going to prove that I'm the person who downloaded their non-existent torrents on that site? It can be my grandpa or my neighbor! We deleted all of their stuff a long time ago, and I wouldn't even be surprised if they're uploading their own shitty content themselves just so they can blackmail users afterwards.*

I wanted to add some information as i got an email from them, didn't even realize until today. I am a bit confused because i don't actually have any of these torrents, actually, i have none of these torrents as i got a new harddrive a while ago. I have been log on to not loose the account but literally haven't downloaded anything in years.

They sent over a screen shot of my account nothing more just notes its on the site, which isn't illegal. Second, they attached a bunch of screenshots of reports of them suing the site, a random CEO, and some other person. I cannot recall. it all looks so suspicious and i have no intention of responding to this. I have never downloaded their content its all over the internet for free DO THEY USE GOOGLE????

Last edited by **whereangelsdare** at 22/01/2026 00:29:50

**Quote**

**blueugh** (Members)
22/01/2026 01:59:34
(12 weeks ago)

I got a letter two weeks ago in the mail and they sent "reminder" emails to both my personal and work account today. The information they shared is similar to what whereangelsdare has which is a screenshot of my account and nothing more specific. It does feel like a scam.

Last edited by **blueugh** at 22/01/2026 02:00:16

---

**Gay-Torrents.Org - Your Private Gay Community! © 2026**
Privacy Policy | Disclaimer | Contact Us / Report a problem | DMCA Reports



Uploaded: 13.92 TiB
Downloaded: 13.68 TiB
Ratio: 1.02
Posts: 61

**Quote**

**ThreeBears** (ExtraUser)
22/01/2026 21:37:23
(12 weeks ago)

Uploaded: 11.32 TiB
Downloaded: 505.69
GiB
Ratio: 22.92
Posts: 62

Their 💩 content 💩 is now on the banned list for this site:

https://gay-torrents.org/forum.php?action=viewtopic&topicid=15593

**Quote**

**cubbieokc** (ExtraUser)
17/03/2026 20:07:21
(4 weeks ago)

Uploaded: 1.76 TiB
Downloaded: 433.23
GiB
Ratio: 4.16
Posts: 1

I got the same letter today that others have described. This is insane. Ugh! I'm not even familiar with their company but their content description isn't even in my interest.

**sgmusuk**
(Administrator)
18/03/2026 00:59:23
(4 weeks ago)

Uploaded: 305.14 TiB
Downloaded: 4.11 TiB
Ratio: 74.19
Posts: 836

> **cubbieokc wrote:**
>
> *I got the same letter today that others have described. This is insane. Ugh! I'm not even familiar with their company but their content description isn't even in my interest.*

None of their content is even on the site anymore...



RATIO: 74.19    U: 305.13 TB    D: 4.11 TB    TORRENT STATS

**1 2 3**
**<< Prev.**    **Next >>**

View Unread    Add Reply

Quick Jump: News And Announcements ▾