# EXHIBIT I

Reddit Thread Captures — r/askgaybros, "Is gay-torrents.org down?"

*FlavaWorks Entertainment, Inc. v. Deniau et al.*

*Cited at First Amended Complaint ¶¶ 86–91*









Street_Anon · 13d ago

I have with Torrent Freak, they have covered it

https://torrentfreak.com/flavaworks-sues-operator-and-325-users-of-private-torrent-tracker-gay-torrents/

2    Reply    Award    Share    ...

Abjuro · 13d ago

Well that's most likely related but the article doesn't mention anything about the current or future status of the site nor the rationale behind shutting it down besides a nebulous "for legal reasons".

2    Reply    Award    Share    ...

LoyalteeMeOblige · 13d ago

I'm going to be very surprised if the site ever opens again, I've been an user for a very long time and this never happened, we had cases of blackouts but it was mostly hours, nothing major.

2    Reply    Award    Share    ...

Abjuro · 13d ago

Yeah. Same. That's why the no notice feels so hard, the admin was always pretty communicative about the site's going ons.

1    Reply    Award    Share    ...

LoyalteeMeOblige · 13d ago

In this case I can attest the admins, and by them I mean some of the mods I know from the site, have no idea and were caught by this by surprise. They were actually discussing about the lawsuit among themselves and then contacted the owners about what to do. The the site went dark before they heard back from them. As you can imagine these people aren't happy and feel screwed up by their actions.

2    Reply    Award    Share    ...

[deleted] · 13d ago

Who the hell is FlavaWorks ??? I haven't even seen their vids...

1    Reply    Award    Share    ...

Aware-Associate-7324 · 12d ago

Still down. Were the servers seized? Hacked? Subject to ransomware? Shut down deliberately by the owners to prevent further compromise? I had never even heard of FV. They're like the Z



