**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04857 |
| | ) | |
| v. | ) | Hon. John Robert Blakey |
| | ) | |
| Ludovic Deniau, et al., | ) | |
| Defendants. | ) | |

---

# DECLARATION OF PHILLIP BLEICHER IN SUPPORT OF FIRST AMENDED VERIFIED COMPLAINT AND RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Phillip Bleicher, hereby declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the sole shareholder and Chief Executive Officer of Plaintiff FlavaWorks Entertainment, Inc., an Illinois corporation with its principal place of business at 2705 West Fulton Street, Chicago, Illinois 60612. I am the sole and exclusive owner of legal title to the copyrights at issue in this action and have, by Exclusive Copyright License and Enforcement Agreement dated March 1, 2024, granted Plaintiff exclusive rights under 17 U.S.C. § 106 in those works and assigned to Plaintiff all accrued claims for infringement thereof. I am over the age of eighteen and competent to make this Declaration. I have personal knowledge of the matters set forth herein, except where matters are stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters set forth herein.

## A. Plaintiff's Copyrighted Works and Enforcement Authority

2. I am the owner of copyrights in hundreds of adult entertainment videos, photographs, and related works distributed through a network of paid subscription websites operating under the FlavaWorks brand, including ThugBoy.com, CocoDorm.com, PapiCock.com, MixItUpBoy.com, RawRods.com, RawRio.com, FlavaFlix.com, and CocoStore.com.

Bleicher Decl. — Page 1

3. I acquired the copyrights at issue on July 13, 2022 pursuant to a Copyright Transfer Agreement between Flava Works, Inc. (an Illinois corporation and my predecessor in the production and distribution of the works at issue) and me, under which Flava Works, Inc. irrevocably assigned all rights, title, and interest in the copyrights listed in Addendum A thereto to me. The Copyright Transfer Agreement was recorded with the United States Copyright Office on February 14, 2025, at Volume 15032, Document 534.

4. I have obtained copyright registrations from the United States Copyright Office for the works at issue. Each registration identified in Exhibit B to the First Amended Verified Complaint was issued by the United States Copyright Office prior to the commencement of Defendants' infringement of the registered work.

5. On March 1, 2024, I entered into the License Agreement with Plaintiff. The License Agreement grants Plaintiff exclusive rights under 17 U.S.C. § 106, assigns to Plaintiff all accrued claims for infringement (whether arising before or after the effective date of the License Agreement), and confers upon Plaintiff both legal and beneficial ownership of the licensed rights within the meaning of 17 U.S.C. § 501(b).

**B. Gay-Torrents.org and the Operator Tier**

6. Gay-Torrents.org is a private, invite-only BitTorrent tracker. I have personally observed and investigated the operation of the Site over a period of years. At the time of Plaintiff's filing of the original Complaint on April 28, 2026, the Site had approximately 20,671 currently active members and had registered more than 146,000 members since its launch in June 2009. These figures are derived from publicly displayed Site statistics that I have personally observed.

7. The Site was operated by Defendant John Doe #1 ("TheMan") as Owner and by seven (7) Administrators (Defendants John Does #2 through #8: sgmusuk, jasepl, Marius, ams_guy, lucasneo, simlacroix, and matthewmancs). Each Administrator's user identification number, country of residence, and aggregate upload/download volume, as set forth in the First Amended Complaint, is derived from publicly displayed Site profile data that I have personally observed.

8. The Site funded its operations through a paid VIP membership system, with prices ranging from €14.95 (30 days) to €199.95 (3 years). VIP benefits included upload credits (1 EUR = 2 GB of upload capacity)—a feature that explicitly incentivized the uploading of additional infringing content.

**C. The Payment-Concealment Scheme and April 1, 2026 Test Purchases**

9. I directed and supervised the design and execution of a paired test-purchase investigation conducted on April 1, 2026 to document the two operative payment channels through which Gay-Torrents.org collects member payments.

10. Channel 1 (Skrill / BYZONA LTD). Plaintiff's investigator initiated a payment of €34.95 EUR through the Site's link to 247host.eu (operated by Defendant BYZONA LTD), which redirected to Skrill (pay.skrill.com). The transaction was recorded as Skrill Transaction ID 6940568549, Invoice #72531, session ID sid=6097ef3a97becb9a96cb4c325cdafac7, labeled "VPS Plan," and remitted to a Skrill merchant account held by or for the benefit of BYZONA LTD. Within minutes of payment, the investigator's account on Gay-Torrents.org was upgraded to VIP status for 90 days. No actual web-hosting service was provided. The corresponding Skrill receipt and Chase Bank statement records are at Exhibit H to the First Amended Complaint.

11. Channel 2 (PayPal / Evgenii Nazarov). Plaintiff's investigator initiated a parallel payment of €14.95 EUR (approximately $18.01 USD) through the Site's link to cloud2max.club, which redirected to PayPal. The transaction was recorded as PayPal Transaction ID 6AK63036LE341043R, Merchant Transaction ID 6P798692U1199025A, Invoice ID 72532, with the merchant statement descriptor "CLOUD2MAX" and remitted to a PayPal merchant account in the name of Defendant Evgenii Nazarov. Within minutes of payment, the investigator's account on Gay-Torrents.org was upgraded to VIP status for 30 days. No actual web-hosting service was provided.

12. The two invoice numbers issued on April 1, 2026—#72531 (Skrill) and #72532 (PayPal)—are sequential. The sequential invoicing establishes, on its face, that both Channels are administered through a single, unified invoicing system. This is consistent with my understanding, based on years of investigation, that the operator-tier Defendants—TheMan, BYZONA, Tsekov, and Nazarov—act in concert as principals and nominees in a single common enterprise.

13. Based on my investigation of the Site's published pricing, its publicly visible donation records, and its registered member data, I estimate that the operator-tier Defendants have derived revenue exceeding €7,000,000 (approximately $7.4 million USD) from the Site's operations from June 2009 through the Site's shutdown in early May 2026. This figure is conservative; it

excludes cryptocurrency donations, advertising revenue, bonus-point sales, and pricing variations predating 2020.

### D. Forensic Watermarking and the Deniau Trace

14. Plaintiff employs a proprietary forensic-watermarking system through which, at the moment a FlavaWorks member initiates a download of a copyrighted video file from the member area, the file-delivery infrastructure generates a unique thirty-two-character hexadecimal identifier and writes that identifier into the MPEG-4 copyright metadata field of the delivered file. The identifier is maintained in Plaintiff's internal database alongside the member account, download timestamp, source-file information, and delivery IP address.

15. The forensic identifier is not reversible. It functions as a one-way lookup key into Plaintiff's internal database. Given a file with an embedded identifier, the database returns the member account and download session from which that file was delivered.

16. Defendant Ludovic Deniau is a former paid subscriber of multiple FlavaWorks-brand websites. Plaintiff's records reflect two paid subscriptions: (i) a ThugBoy.com subscription beginning October 8, 2004 (CCBill Subscription ID 1061961394), and (ii) a MixItUpBoy.com subscription beginning February 23, 2013 (CCBill Subscription ID 0513054601000004183). Both subscriptions are linked to the same identifying particulars: email ludovic.deniau@wanadoo.fr; phone 0670074732; MasterCard BIN 513141; billing address 110 Boulevard de la Liberté, Lille 59000, France. The 2013 signup IP (92.155.137.158) resolves to an Orange/Wanadoo hostname identifying Lille, France.

17. During his MixItUpBoy.com subscription in February and March 2013, Defendant Deniau downloaded dozens of copyrighted video files from the MixItUpBoy.com member area, totaling approximately twenty-two (22) gigabytes.

18. Plaintiff has, through Plaintiff's investigative team, located on Gay-Torrents.org more than thirty (30) video files bearing forensic identifiers traced through Plaintiff's database to Defendant Deniau's February–March 2013 download sessions. Each such file bears a distinct identifier uniquely identifying Deniau's downloaded copy as the source. The identifiers, database records, and file-level MediaInfo data confirming the presence of the identifiers in the MPEG-4 metadata of the Gay-Torrents.org copies are maintained by Plaintiff in the

ordinary course of its copyright-enforcement program and are available for in camera inspection upon request.

### E. DMCA Notices and Operator Refusal to Comply

19. Plaintiff and its predecessor copyright holder have sent dozens of formal DMCA takedown notices to Gay-Torrents.org and its hosting providers, internet service providers, and payment processors between 2012 and 2025. Representative notices are at Exhibit E to the First Amended Complaint. None of the notices to Gay-Torrents.org received a substantive response. The infringing content was not removed.

20. A cross-reference analysis I personally directed of the February 22, 2024 notice (identifying 56 infringing URLs) and the October 7, 2025 notice (identifying 86 infringing URLs) revealed that forty-seven (47) of the fifty-six (56) infringing links identified in February 2024 remained active on the Site in October 2025—a period of twenty months. An additional thirty-nine (39) new infringing links appeared in the October 2025 notice that were not present in the February 2024 notice.

### F. Operator-Tier Public Statements (December 2025 – March 2026)

21. On December 4, 2025, Defendant TheMan publicly posted on the Gay-Torrents.org forum, in response to a Site user (kevinatl) reporting receipt of a cease-and-desist letter from Plaintiff, the statement: "This is straight-up extortion, and people shouldn't fall for it." TheMan further claimed that "We deleted all of their stuff a long time ago," and accused Plaintiff of "uploading their own shitty content themselves just so they can blackmail users afterwards." I personally observed this post on the Site and have preserved a contemporaneous screen capture.

22. On December 27, 2025, Defendant matthewmancs publicly posted on the same thread under his "Administrator" designation: "YES! THIS REMAINS THE ANSWER."

23. On or about January 21, 2026, Defendant Marius, under his "Administrator" designation, edited the Site's pre-existing "Banned Content" announcement to add "Flava Works and its affiliates" to the list of banned studios. The announcement stated: "Staff will be deleting existing torrents without prejudice to the uploaders." Notwithstanding that representation, the infringing content I have personally observed remained accessible on the Site through the date of the Site's shutdown.

24. On March 18, 2026, Defendant sgmusuk, under his "Administrator" designation, publicly posted in response to a different Site user who had received a cease-and-desist letter from Plaintiff: "None of their content is even on the site anymore." That statement was demonstrably false at the time it was made; the content I have personally observed remained accessible on the Site.

## G. Post-Filing Operator Flight (May 2026)

25. Plaintiff filed the original Complaint on April 28, 2026. Within days, Gay-Torrents.org was taken offline. I have personally attempted to access the Site daily since approximately May 1, 2026, and it has not been accessible. As of the date of this Declaration, the Site remains offline.

26. On May 2, 2026, a user on the Reddit platform initiated a thread in the subreddit r/askgaybros titled "Is gay-torrents.org down?" The thread has accumulated more than eighty (80) replies as of the date of this Declaration. I have personally reviewed the thread and have preserved screen-captured copies.

27. The very first substantive reply to the thread, posted by a user identifying as "CdnDadBeef," linked the shutdown to Plaintiff's filing of this action by posting a hyperlink to a TorrentFreak news article titled "FlavaWorks Sues Operator and 325 Users of Private Torrent Tracker Gay-Torrents."

28. A user identifying as "LoyalteeMeOblige," who self-described as being in direct contact with one or more administrators of Gay-Torrents.org, posted on May 15, 2026 the following two statements, which I quote verbatim from screen-captured copies of the thread: (a) "I am in contact with one of them, and while I can't say how I got this information they are completely in the dark too. Whatever happened, the owners didn't inform either of them prior to shutting the site." (b) "As per my conversation with two mods they aren't sure, they owners aren't replying to their emails so they believe they had taken the site down on purpose."

29. Multiple users in the same thread, including the original poster, openly discussed deleting their shared torrents and using VPNs and seedboxes to evade detection, in a pattern identical to the on-Site forum campaign that pre-dated this action.

30. Based on the foregoing, I have a reasonable and good-faith basis to believe that the operator-tier Defendants—TheMan, BYZONA LTD, Orlin Tsekov, and Evgenii Nazarov—undertook

the shutdown of Gay-Torrents.org deliberately, in response to Plaintiff's filing of this action, for the purpose of frustrating identification, destroying evidence, dissipating the proceeds of the Site's operations, and otherwise evading the jurisdiction of this Court.

## H. Irreparable Harm and the Need for Immediate Asset-Freeze and Preservation Relief

31. Absent immediate Court intervention, I have a reasonable and good-faith belief that the proceeds of Gay-Torrents.org's infringing operations held in the BYZONA Skrill merchant account and the Nazarov PayPal merchant account are being dissipated in the post-filing window. The operator-tier Defendants reside outside the United States. The post-filing flight evidences both the means and the demonstrated willingness to move funds beyond the reach of this Court. Once dissipated, those proceeds will be permanently unrecoverable as a practical matter, and any future damages judgment in Plaintiff's favor will be uncollectible.

32. Absent immediate Court intervention, the records held by Cloudflare, Inc. and Tucows, Inc. concerning the identity of the customer of record for the gay-torrents.org domain are subject to deletion in the ordinary course and to deliberate destruction at the direction of the customer of record. Those records are the principal means by which Plaintiff can identify Defendant John Doe #1 (TheMan) and confirm the identities and roles of Defendants BYZONA LTD, Tsekov, and Nazarov. Their loss would materially impair Plaintiff's ability to pursue this action.

33. Absent a registrar lock, the operator-tier Defendants can transfer the gay-torrents.org domain to a third-party registrar or to an unrelated registrant at any time, including for the purpose of perpetuating the infringing operations under a new operator beyond the reach of this Court. The domain-transfer remedy Plaintiff has pleaded as part of permanent final relief depends on the domain remaining at its current registrar pending judgment.

34. None of the relief Plaintiff seeks in this Renewed Motion requires the transfer of any asset, the destruction of any record, or the cessation of any lawful business activity. The relief is targeted, reversible, and narrowly tailored to preserve the status quo pending the orderly resolution of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of May, 2026, at Chicago, Illinois.

Phillip Bleicher
Sole Shareholder & CEO,
FlavaWorks Entertainment, Inc.