**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

FlavaWorks Entertainment, Inc.

                  Plaintiff,

v.

                                    Case No.: 1:26–cv–04857
                                    Honorable John Robert Blakey

Ludovic Deniau, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff has filed an amended complaint with revised and additional allegations to support the exercise of personal jurisdiction over the identified defendants, see [8], [9]. As a result, Plaintiff may proceed on the amended complaint and should ensure service in compliance with Rule 4. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.