**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FlavaWorks Entertainment, Inc.,      ) | |
|     Plaintiff,      ) | Case No. 1:26-cv-04857 |
|      ) | |
| v.      ) | JURY TRIAL DEMANDED |
|      ) | |
| Ludovic Deniau,      ) | Hon. John Robert Blakey |

FlavaWorks Entertainment, Inc.,
    Plaintiff,

v.

Ludovic Deniau,

John Doe #1 ("TheMan"),
Owner of Gay-Torrents.org,

John Does #2 through #8,
Administrators of Gay-Torrents.org
(sgmusuk, jasepl, Marius, ams_guy,
lucasneo, simlacroix, matthewmancs),

BYZONA LTD,
a Bulgarian company,

Orlin Tsekov, an individual,

Evgenii Nazarov, an individual,

John Does #9 through #47,
identified by Gay-Torrents.org usernames
(see Exhibit D),

    Defendants.

---

**NOTICE OF MOTION FOR PRESENTMENT**

PLEASE TAKE NOTICE that on June 3, 2026 at 11:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff shall present its Motion for Limited Expedited Discovery and Renewed Motion for Temporary Restraining Order and Preliminary Injunction, before the Honorable John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: May 29, 2026

Respectfully submitted,

By:  /s/ Corinthia Hicks

CORINTHIA HICKS, ESQ.
*Illinois Bar No. 6352965*
*Admitted to the U.S. District Court for the*
*Northern District of Illinois*
*2705 West Fulton Street*
*Chicago, IL 60612-2003*
*Tel: 305.438.9450*
*Email: corinthia@flavaworks.com*

*Counsel for Plaintiff FlavaWorks Entertainment, Inc.*