**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

FlavaWorks Entertainment, Inc.

                Plaintiff,

v.                                          Case No.: 1:26–cv–04857

                                          Honorable John Robert Blakey

Ludovic Deniau, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's submissions, the Court hereby grants Plaintiff's motion for a temporary restraining order [10] and Plaintiff's motion for an order authorizing limited expedited discovery [11]. Enter Orders. Absent further order, the TRO shall expire 6/16/26. Plaintiff shall, within seven days, post a bond in accordance with the TRO. The Court sets this matter for a hearing on Plaintiff's preliminary injunction motion on 6/16/26 at 11:00 a.m. in Courtroom 1203. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.