**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04857 |
| | ) | |
| v. | ) | Judge John Robert Blakey |
| | ) | |
| Ludovic Deniau, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LIMITED EXPEDITED DISCOVERY**

This matter came before the Court on Plaintiff FlavaWorks Entertainment, Inc.'s Motion for Limited Expedited Discovery, filed in support of the First Amended Verified Complaint. The Court, having considered the Motion, the supporting Memorandum of Points and Authorities, the First Amended Verified Complaint, and the record in this action; and being fully advised in the premises, finds that Plaintiff has made a prima facie showing of personal jurisdiction over each Defendant against whom the requested discovery is directed; that good cause exists for the limited expedited discovery sought; and that the requests are narrowly tailored and impose modest burdens on the third parties;

**IT IS THEREFORE ORDERED:**

1. Plaintiff is hereby authorized, prior to the Rule 26(f) conference, to serve subpoenas under Federal Rule of Civil Procedure 45 on the following third parties:

a.     Skrill USA, Inc., for subscriber identification information for the merchant account holder of the Skrill merchant account held by or for the benefit of Defendant BYZONA LTD (and any successor account), and transaction history records for that merchant account from January 1, 2017 through the date of production;

b.     PayPal, Inc., for subscriber identification information for the merchant account holder of the PayPal merchant account held by or for the benefit of Defendant Evgenii Nazarov (and any successor account, including the account associated with cloud2max.club), and transaction history records for that merchant account from January 1, 2017 through the date of production;

c.     Cloudflare, Inc., for subscriber identification information for the customer of record for the gay-torrents.org domain, including name, address, telephone number, email address, billing records, and origin-server IP records; and

d.     Tucows, Inc., for subscriber identification information for the registrant of record for the gay-torrents.org domain, including name, address, telephone number, email address, billing records, registration history, and transfer history.

2.     The third-party recipients of the foregoing subpoenas shall produce the requested information within thirty (30) days of service of the subpoena.

3.     Any information produced in response to the foregoing subpoenas shall be used by Plaintiff solely for purposes of this litigation, including the identification

and service of Defendants and the prosecution of Plaintiff's claims, and not for any other purpose.

4.     This authorization is without prejudice to Plaintiff's right to seek additional discovery as warranted in the ordinary course of this action.

**IT IS SO ORDERED.**

Dated: June 2, 2026                    Entered:

John Robert Blakey
United States District Judge