**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04857 |
| | ) | |
| v. | ) | Hon. John Robert Blakey |
| | ) | |
| Ludovic Deniau, et al., | ) | |
| Defendants. | ) | |

---

## DECLARATION OF PHILLIP BLEICHER IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO MODIFY TEMPORARY RESTRAINING ORDER AND TO REDUCE BOND

I, Phillip Bleicher, hereby declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the sole shareholder and Chief Executive Officer of Plaintiff FlavaWorks Entertainment, Inc. ("FlavaWorks"), an Illinois corporation with its principal place of business at 2705 West Fulton Street, Chicago, Illinois 60612. I am over the age of eighteen and competent to make this Declaration. I have personal knowledge of the matters set forth herein, except as to matters stated on information and belief, and as to those matters I believe them to be true.

2. Gay-Torrents.org went offline in early May 2026 and has remained continuously inaccessible from that date through today, June 9, 2026. I have personally attempted to access the Site on multiple occasions during that period and have been unable to do so. The operator-tier Defendants TheMan, BYZONA LTD, Orlin Tsekov, and Evgenii Nazarov have not, to FlavaWorks's knowledge, communicated with the Site's user community or its administrators since the shutdown. Direct administrator-side testimony to that effect, captured on the public Reddit thread r/askgaybros titled "Is gay-torrents.org down?", is set forth in the First Amended Verified Complaint at Paragraphs 85 through 91 and in Exhibit I thereto.

3. Based on the foregoing facts — the Site shutdown, the operator-tier Defendants' continuing non-responsiveness, and the limited dollar amounts reflected in the paired test purchases of April 1, 2026 (€34.95 through Skrill and €14.95 through PayPal) — I have no reason to believe that substantial proceeds remain available for restraint in either the BYZONA Skrill merchant

Page 1

account or the Evgenii Nazarov PayPal merchant account. On information and belief, the operator-tier Defendants have either withdrawn the available balances from those accounts prior to the entry of the Temporary Restraining Order on June 2, 2026, or the accounts contained only de minimis balances throughout the relevant period.

4. Prior to filing the original Complaint in this action, FlavaWorks sent formal pre-suit preservation letters to each of Skrill USA, Inc., PayPal, Inc., Cloudflare, Inc., and Tucows, Inc., dated April 27, 2026. Each provider was thereby placed on actual notice of pending litigation, and FlavaWorks's understanding is that each provider maintains preservation duties as to all responsive records under both common-law spoliation principles and applicable provider compliance procedures. True and correct copies of the four pre-suit preservation letters are available for the Court's review on request.

5. FlavaWorks Entertainment, Inc. lacks the financial resources to deposit $110,000 with the Court in cash. FlavaWorks similarly lacks the financial resources to obtain a surety bond in the face amount of $110,000, including the premium and any collateral that a surety provider would customarily require. I make this representation as Chief Executive Officer of FlavaWorks based on my personal knowledge of FlavaWorks's financial condition.

6. If the Court grants the Motion and reduces the security required under Paragraph 15 of the Temporary Restraining Order to a nominal amount, FlavaWorks is prepared to deposit that nominal amount with the Court within seven (7) days of entry of the modifying order, consistent with the seven-day deposit period the Court provided in the original Temporary Restraining Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of June, 2026, at Chicago, Illinois.

_____
**Phillip Bleicher**