## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

FlavaWorks Entertainment, Inc.

                 Plaintiff,

v.

                                            Case No.: 1:26–cv–04857

                                            Honorable John Robert Blakey

Ludovic Deniau, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff sought ex parte relief, including an asset freeze of more than $7 million and domain registrar lock, with respect to 11 defendants. The Court granted that relief but ordered Plaintiff to post a bond in the amount of $110,000, the amount this Court deemed adequate, in the absence of adversarial testing, for the payment of any damages any defendant may turn out to be entitled to recover as a result of any wrongful restraint. Plaintiff now argues that the bond amount remains too high and asks the Court to impose a lower bond, in the amount of $1,000 based upon Plaintiff's ability to pay. Plaintiff also offers to dissolve the asset freeze. But Plaintiff does not seek to release domain registrar locks; nor does it seek to lift the significant restrictions and intrusions placed upon Defendants' billing records, access logs, customer records, etc. As a result, the Court declines to reduce the bond and denies Plaintiff's motion [18] to this extent. If Plaintiff fails to post the required bond by 6/11/26, the Court will vacate the TRO [16]. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.