# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

FlavaWorks Entertainment, Inc.

                    Plaintiff,

v.

                                       Case No.: 1:26–cv–04857

                                       Honorable John Robert Blakey

Ludovic Deniau, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff having failed to post a bond as required, the Court hereby vacates the TRO entered 6/2/26 [16]. Additionally, because it appears that Defendants have not yet been served or notified of the 6/16/26 preliminary injunction hearing, the Court strikes that hearing. See Fed. R. Civ. P. 65(a) ("the court may issue a preliminary injunction only on notice to the adverse party."). Plaintiff shall file a status report by 6/18/26 proposing next steps to advance this case. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.