IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04857 |
| | ) | |
| v. | ) | Judge John Robert Blakey |
| | ) | |
| Ludovic Deniau, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff FlavaWorks Entertainment, Inc. ("FlavaWorks") respectfully submits this Status Report pursuant to the Court's Minute Order of June 12, 2026 (Dkt. 20), proposing next steps to advance this case.

**I.  PROCEDURAL POSTURE**

Plaintiff filed its First Amended Verified Complaint on May 18, 2026 (Dkt. 12), asserting copyright-infringement claims under 17 U.S.C. §§ 106 and 501 arising from the unauthorized distribution of Plaintiff's registered audiovisual works through the gay-torrents.org BitTorrent tracker. On June 2, 2026, the Court entered a Temporary Restraining Order (Dkt. 16) and an Order Granting Plaintiff's Motion for Limited Expedited Discovery (Dkt. 17). The Court denied Plaintiff's Emergency Motion to Modify the TRO and Reduce Bond on June 10, 2026 (Dkt. 19), and on June 12, 2026, the Court vacated the TRO based on Plaintiff's failure to post bond and struck the preliminary-injunction hearing for lack of service on Defendants (Dkt. 20). The Expedited Discovery Order (Dkt. 17) was not disturbed and remains in effect.

## II.  NEXT STEPS

Plaintiff's near-term focus is identification and service of Defendants — the named Defendants who must be located, the unidentified operator of gay-torrents.org named as "TheMan," and the forty-seven Doe Member Defendants identified in the First Amended Verified Complaint by email address (39) or by gay-torrents.org username (8). To that end, Plaintiff proposes the following sequence.

First, Plaintiff has served the four Rule 45 subpoenas authorized by the Expedited Discovery Order on Skrill USA, Inc.; PayPal, Inc.; Cloudflare, Inc.; and Tucows, Inc. (Dkt. 17 ¶ 1(a)–(d)). Each recipient is required to produce responsive records within thirty (30) days of service. Id. ¶ 2. These subpoenas will identify the operator and any successor or related operators of gay-torrents.org and the paying members of that website during the relevant period.

Second, Plaintiff intends to file, in the coming days, a separate motion seeking additional limited expedited discovery as to email service providers. The thirty-nine Doe Member Defendants identified by email address cannot be served on the basis of an email handle alone. Subscriber identification information held by the email service providers (e.g., Google, Microsoft, Apple, and Yahoo) is required to identify the natural person behind each handle. Plaintiff will seek narrowly tailored authority on the same terms and limitations as the existing Expedited Discovery Order.

Third, as Defendants are identified through the foregoing discovery, Plaintiff will proceed with service of process — under Federal Rule of Civil Procedure 4(e) for domestic Defendants, and under Rule 4(f)(1) (Hague Service Convention via the French Central Authority) for the French-resident named Defendants, Ludovic Deniau and Damien Deniau. Plaintiff is preparing the requisite Hague Convention transmittal documents to be issued promptly upon receipt of confirmed service-address information.

Fourth, upon substantial completion of identification, Plaintiff anticipates filing a Second Amended Verified Complaint substituting the names of identified Defendants for the Doe placeholders presently in the First Amended Verified Complaint, and will, after at least one Defendant has appeared, confer with such Defendant(s) under Rule 26(f) and proceed to the initial Rule 16 scheduling conference.

Plaintiff respectfully reserves the right, once Defendants have been identified, served, and appeared, to renew its request for preliminary injunctive relief under properly noticed procedures consistent with Rule 65(a), tailored to address the Court's prior rulings concerning the scope of injunctive relief and the bond required to support it. Plaintiff does not seek any further injunctive relief at this time.

## III.  PROPOSED SCHEDULE AND REQUEST FOR STATUS CONFERENCE

Plaintiff respectfully proposes that, approximately forty-five (45) days from entry of this Status Report, Plaintiff will file a further status report identifying (i) the Defendants then identified through expedited discovery, (ii) the status of service on each such Defendant, and (iii) Plaintiff's proposed schedule for further proceedings, including any pleading amendments. Plaintiff requests that the Court schedule a brief status conference at that time, or at such other time as the Court deems appropriate, to set further case-management dates.

Dated:  June 18, 2026

Respectfully submitted,

FLAVAWORKS ENTERTAINMENT, INC.

By:  /s/ Corinthia Hicks

Corinthia Hicks

ARDC No. 6352965

Counsel for Plaintiff

FlavaWorks Entertainment, Inc.

3712 N. Broadway, Suite 290

Chicago, Illinois 60613

Telephone:  (773) 935-0900

Email:  corinthia@flavaworks.com

## CERTIFICATE OF SERVICE

I, Corinthia Hicks, hereby certify that on June 18, 2026, I caused the foregoing Plaintiff's Status Report to be filed with the Clerk of the Court using the CM/ECF system. Because no Defendant has yet been served and no Defendant has appeared, no party other than the Court will be served at this time.

/s/ Corinthia Hicks

Corinthia Hicks