# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


FlavaWorks Entertainment, Inc.

Plaintiff,

v.                                                        Case No.: 1:26–cv–04857
                                                          Honorable John Robert Blakey

Ludovic Deniau, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 22, 2026:


MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in Plaintiff's 6/18/26 status report [21], the Court hereby extends the time for service to 8/31/26, and orders Plaintiff to file an updated status report by 9/8/26 proposing next steps to advance this case. Mailed notice. (evw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.