## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

FlavaWorks Entertainment, Inc.

                     Plaintiff,

v.

                                          Case No.: 1:26–cv–04857

Ludovic Deniau, et al.

                                          Honorable John Robert Blakey

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's notice of voluntary dismissal [24], this case is dismissed without prejudice as to Doe Defendant No. 45. The Court denies without prejudice Plaintiff's second motion for limited expedited discovery [23] as it remains unclear from the motion whether Plaintiff has targeted specific email service providers based upon the identified defendants' IP addresses, or whether it has simply arbitrarily assembled a list of likely suspects. To be sure, the motion says nothing about which service providers likely have identifying information as to which of the named defendants identified on Exhibit D. If Plaintiff has a good faith factual and legal basis to target the specific providers identified in the motion, it may renew its motion, explain that basis, and connect specific providers with specific defendants. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.