**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

*FlavaWorks Entertainment, Inc. v. Deniau, et al.*, No. 1:26-cv-04857 (Hon. John Robert Blakey)
Plaintiff's Motion for Reassignment of Related Case Pursuant to Local Rule 40.4

# EXHIBIT B

**Docket Sheet**
*FlavaWorks Entertainment, Inc. v. Scull et al., No. 1:26-cv-10140 (N.D. Ill.)* (the "Scull Action")
CM/ECF docket report retrieved from PACER on September 7, 2026

Query Reports Utilities Help Log Out

HOLLEB HOTALING

**United States District Court**
**Northern District of Illinois - CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:26-cv-10140**

Flavaworks Entertainment Inc. v. Scull et al
Assigned to: Honorable Jeremy C. Daniel
Demand: $999,000
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 08/21/2026
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Flavaworks Entertainment Inc.**

represented by **Corinthia Hicks**
FlavaWorks Entertainment
2705 W Fulton St.
Chicago, IL 60612
(773) 355-0510
Fax: Not a member
Email: corinthia@flavaworks.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jason A Scull**
*individually*

**Defendant**

**John Doe**
*#1-#74 identified by Gay-Torrents.org username*

**Defendant**

**John Doe 59**

represented by **Erin Kathryn Russell**
The Russell Firm
10 S. Riverside Plaza
Suite 875
Chicago, IL 60606
312-994-2424
Email: erin@russellfirmip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2026 | 1 | COMPLAINT filed by Flavaworks Entertainment Inc.; Jury Demand. Filing fee $ 405, receipt number AILNDC-25562632. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Civil Cover Sheet)(Hicks, Corinthia) (Entered: 08/21/2026) |
| 08/21/2026 | 2 | ATTORNEY Appearance for Plaintiff Flavaworks Entertainment Inc. by Corinthia Hicks (Hicks, Corinthia) (Entered: 08/21/2026) |
| 08/24/2026 | | CASE ASSIGNED to the Honorable Jeremy C. Daniel. Designated as Magistrate Judge the Honorable Keri L. Holleb Hotaling. Case assignment: Random assignment. (Civil Category 2). (alr, ) (Entered: 08/24/2026) |
| 08/24/2026 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (alr, ) (Entered: 08/24/2026) |
| 08/24/2026 | 4 | SUMMONS Issued (Court Participant) as to Defendant Jason A Scull (gmc, ) (Entered: 08/24/2026) |
| 09/04/2026 | 5 | ATTORNEY Appearance for Defendant John Doe 59 by Erin Kathryn Russell (Russell, Erin) (Entered: 09/04/2026) |