**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

FlavaWorks Entertainment, Inc.

Plaintiff,

v.

Case No.: 1:26−cv−04857
Honorable John Robert Blakey

Ludovic Deniau, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable John Robert Blakey: Plaintiff has moved to reassign FlavaWorks Entertainment, Inc. v. Scull, et al., No. 1:26−cv−10140 (N.D. Ill.), currently pending before Judge Daniel, as a related case, see [26]. Local Rule 40.4 instructs that cases are related if they involve the same property, involve some of the same issues, grow out of the same transaction or occurrence, or, in class actions suits, one or more of the classes are the same. These cases arguably fit that bill: both cases stem from the allegedly unlawful distribution of Plaintiff's copyrighted works via Gay−Torrents.org, a private membership website that facilitated the mass unauthorized distribution of copyrighted adult entertainment content. Reassignment is thus proper under the rule if: the cases are pending in this Court; having a single judge handle the cases saves substantial judicial time and effort; this case has not progressed to the point where reassignment will delay these proceedings; and the cases are susceptible to disposition in a single proceeding. Although both cases are pending in this Court and this case has scarcely gotten off the ground, the Court finds that reassignment remains improper for several reasons. Initially, it is not clear that reassignment would expedite the resolution of these matters or save any time or effort. The cases target two different categories of defendants (Deniau targets the operators of the site, which has since been taken offline, while the Scull action targets the individual members whose participation sustained the Site), and the Scull case adds RICO and conspiracy claims not asserted in this case. Moreover, based upon Plaintiff's most recent status report, it appears that the defendants in this case will need to be identified via discovery and then served via the Hague Convention, a months−long process that Plaintiff has not yet even begun. In contrast, the Defendants named in the Scull case are all adult individuals residing within the United States. For these reasons, the Court denies Plaintiff's motion for reassignment [26] and strikes the 9/16/26 Notice of Motion date. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.