**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

FlavaWorks Entertainment, Inc.
Plaintiff,
v.
Ludovic Deniau, et al.
Defendant.

Case No.: 1:26−cv−04857
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of voluntary dismissal [34], this case is dismissed with prejudice as to Defendant John Doe #35 (username pumpirony; user ID 10607) and without prejudice as to Defendants John Doe # 16 (username feathersanddown; user ID 6777) and John Doe # 21 (username K3yb04rd; user ID 165287) under Rule 41(a). The Court grants in part Plaintiff's motion for discovery and to extend the time for service [33]; the Court hereby extends the deadline for service to 3/8/27 and also grants Plaintiff's motion for leave to serve third party subpoenas on Google LLC, Yahoo Inc., Microsoft Corporation, ATT Inc., Cloudflare, Inc., and Newfold Digital, Inc., each limited to the email address associated with each Defendant listed in Exhibit A [33−1] as hosted by that provider, seeking the following subscriber identification information for the period January 1, 2025 through the date of production: (a) the subscriber's name, mailing address, telephone number, and any secondary, recovery, or two−factor−authentication email addresses on file; and (b) the most recent IP address used to access the account, with its date and time. This order is without prejudice to defendants or the subpoena recipients moving to quash the subpoenas on any available ground. The Court reminds counsel that all motions must be noticed for presentment. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.