**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FlavaWorks Entertainment, Inc.,<br>Plaintiff,<br><br>v.<br><br>Ludovic Deniau,<br><br>John Doe #1 (“TheMan”),<br>Owner of Gay-Torrents.org,<br><br>John Does #2 through #8,<br>Administrators of Gay-Torrents.org<br>(sgmusuk, jasepl, Marius, ams_guy,<br>lucasneo, simlacroix, matthewmancs),<br><br>BYZONA LTD,<br>a Bulgarian company,<br><br>Orlin Tsekov, an individual,<br><br>Evgenii Nazarov, an individual,<br><br>John Does #9 through #47,<br>identified by Gay-Torrents.org usernames<br>(see Exhibit D),<br><br>Defendants. | Case No. 1:26-cv-04857<br><br>JURY TRIAL DEMANDED<br><br>Hon. John Robert Blakey |

**PLAINTIFF’S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE DEFENDANTS #15 AND #43**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FlavaWorks Entertainment, Inc. hereby voluntarily dismisses this action with prejudice as to the following two John Doe Defendants only:

John Doe #15, username “confoozledboi,” User ID 29730; and

John Doe #43, username “Thorkild,” User ID 156064.

No Defendant has served an answer or a motion for summary judgment. Plaintiff therefore dismisses the above-named Defendants without a court order, as of right, under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

To the extent the Court concludes that Rule 21 is the appropriate vehicle for dismissing fewer than all Defendants, Plaintiff alternatively requests that the Court drop the above-named two John Doe Defendants from this action, with prejudice, under Federal Rule of Civil Procedure 21.

Plaintiff and each of the dismissed Defendants shall bear his or its own attorneys' fees and costs.

This dismissal applies only to the two John Doe Defendants identified above. Plaintiff's action remains pending against Defendant Ludovic Deniau and against all other Defendants not listed in this Notice.

Dated: November 23, 2026

Respectfully submitted,

/s/ Corinthia Hicks
Corinthia Hicks, Esq.
Illinois Bar No. 6352965
FlavaWorks Entertainment, Inc.
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (305) 438-9450
Email: Corinthia@FlavaWorks.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Corinthia Hicks
Corinthia Hicks, Esq.